**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

Caleb Grant,                                                    Case No. 23CV551
        Plaintiff,

        v.

DANIEL KROLIKOWSKI ET AL.,

        Defendants.

_____)

Submitting Party: Caleb Grant
Responding Party: Richard Meister

**NOTICE FOR PRODUCTION OF DOCUMENTS**
**IN A**
**SPECIFIED ELECTRONIC FORMAT**

In accordance with Rule 34 of the Federal Rules of Civil Procedure, the Submitting Party, Caleb Grant, hereby requests that the Responding Party, Richard Meister, produce the documents set forth in the numbered paragraphs that follow. The Documents set forth are requested to be made available for pickup at your law office or preferably sent via common carrier on the date of April 8, 2024.

As used herein, the term "document" shall include writings, notes, drafts, outlines, recordings and files, regardless of storage media; they include, but are not limited to, writings contained on paper, recordable tape, celluloid, disks, hard drives, electronic mail servers or any other digitally stored media. The term "document" shall also include the full range of writings described in Rule 1001 of the Federal Rules of Evidence.

1.  For each employee who was **present** on the dates of 5/18/2023 and 5/19/2023 at the

    Sauk County Jail facility please provide the following (a – e)  below.  The form may be

    compiled into a single document, individual documents for each employee or separately,

    but needs to identify the employee each item (a - e) belongs to.

    a)  legal name

    b)  contact telephone number

    c)  home address

d) current facial picture

e) job description

f) Oath of Office that is signed by the employee

g) times each employee worked at the Sauk County Jail facility on the dates of 5/18/2023 and 5/19/2023

2. All documents, inter-office memos, intra-office memos, reports, chronicles, letters, correspondence, computerized records or writings that mention, concern, discuss or pertain to ingress and egress from the Sauk County Jail facility on the dates of 5/18/2023 and 5/19/2023.  Your response should also include any log files generated by building security measures.

With respect to the foregoing requests, to the extent possible, the documents are to be produced in all of the following formats listed below:

A) Hard copies of all of the requested information.

B) Native file format, including all metafiles and metatags.

C) PDF (Portable Document Files)

D) TIFF Format (Tagged Image File format)

E) ascii delimited format

Respectfully submitted,

Dated:   03/08/2024

/s Caleb J. Grant
Caleb J. Grant, Plaintiff
C/o E7973 Beth Rd
Reedsburg, WI 53959
CJGAgent@protonmail.com
608-386-3467

<u>Service</u>
Mtobin@crivellolaw.com, shall@CrivelloLaw.com, PetersDB@doj.state.wi.us, carsongs@doj.state.wi