Caleb J. Grant  
C/o E7973 Beth Rd.  
Reedsburg, WI 53959  
608-386-3467  
CJGAgent@protonmail.com  

Case: 23CV0551

Attn: U.S. Magistrate Judge Crocker  
U.S. District Court  
Western District of Wisconsin  
120 North Henry Street  
Madison, WI 53703  

Dear Judge Crocker,

A question has come up with regards to initial disclosure and A.O. 238 that is listed on the website. This AO was established in 1993 and created an exemption from the requirements of rule 26(a)(1) and 26(f) for cases in which the plaintiff is proceeding <u>pro se.</u> [emphasis in the order] . The question comes up with the 2000 Amendment to FRCP regarding the subdivision (a)(1). The amendments remove the authority to alter or opt out of the national disclosure requirements by local rule, invalidating not only formal local rules but also informal "standing" orders of an individual judge or court that purport to create exemptions from – or limit or expand – the disclosure provided under the national rule.

It appears that the 2000 Amendment removes the AO 238 and that the case is not exempt from the requirements of the FRCP rule 26(a)(1).

I would like the court to respond to this matter and if I am due initial disclosures.

Thank you,

Sincerely,

<u>/s Caleb J. Grant</u>  
Caleb J. Grant  
C/o E7973 Beth Rd  
Reedsburg, WI 53959  
608-386-3467  
CJGAgent@protonmail.com