**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

---

Caleb Grant,

      Plaintiff,

      v.                Case No. 23CV551

DANIEL KROLIKOWSKI ET AL.,

      Defendants.

---

**MOTION FOR ORDER COMPELLING INITIAL DISCLOSURE**

---

**JURISDICTION Plaintiff brings this action pursuant to Rule 37 (a)(3)(A)**.

Comes now Caleb James Grant and seeks an order from the court to require initial disclosure as required by rule 26(a).  In support thereof the Plaintiff states as follows:

The Plaintiff has attempted to communicate with the co-defendants by their representatives but has not received any communications in return from a 4/1/2024 email message requesting an immediate response from all defendants as to whether or not they would be responding to the required initial disclosures or to a followup phone call on 4/8/2024 with the representation of Sauk County defendants. In good faith the Plaintiff has already given his initial discovery as required which was downloaded by defendants.

Wherefore, the Plaintiff requests sanctions per rule 37, to include that all the facts in the Plaintiff's complaint be taken as established for all purposes and any other relief as seems proper.

Dated:    __4/12/2024__

                        ____/s  Caleb J. Grant____
                        Caleb J. Grant, Plaintiff
                        C/o E7973 Beth Rd
                        Reedsburg, WI 53959
                        608-386-3467
                        CJGAgent@protonmail.com