IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CALEB JAMES GRANT,

    Plaintiff,

Case No: 23-CV-551

v.

DEPUTY DANIEL KROLIKOWSKI,
DEPUTY STEVEN MESSNER,
DEPUTY ALEX BREUNIG,
SAUK COUNTY,
DEPUTY ERIK KNULL,
SHERIFF RICHARD MEISTER,
GABRIEL AREVALO,
DISTRICT ATTORNEY MICHAEL ALBRIGHT, and
JOHN DOES 1 THRU 5,

    Defendants.

## DECLARATION OF ATTORNEY DALTON D. SJONG

STATE OF WISCONSIN    )
                             )ss
MILWAUKEE COUNTY    )

    I, DALTON D. SJONG, being first duly sworn upon oath, depose and state as follows:

    1.    I am an adult resident of the State of Wisconsin, and I make this declaration based upon my personal knowledge and the information contained in the documents in the Court's Docket in this matter.

    2.    When Plaintiff filed this lawsuit on August 11, 2023, he was not a pretrial detainee, nor an inmate incarcerated after conviction in the custody of the Department of

Corrections of the State of Wisconsin.

3. A true and correct copy of the Case Details for Plaintiff's ancillary State Court Proceedings, Sauk County Case No. 23-TR-3075, which is prepared and maintained in the regular course of business by the State of Wisconsin Court System, is attached as **Exhibit A.**

4. Plaintiff did not attempt to meet and confer as to discovery or inquire about as to the County Defendant's Rule 26(a) initial disclosures between November 21, 2023, and March 8, 2024.

5. Plaintiff did not provide the County Defendant's with his Rule 26(a) initial disclosures between November 21, 2023, and April 1, 2024.

6. Plaintiff still has not provided the County Defendant's with his Rule 26(a) initial disclosures.

7. Plaintiff first requested the County Defendant's Rule 26(a) initial disclosures in an email on April 1, 2024.

8. A true and correct copy of Plaintiff's April 1, 2024, email to the County Defendant's is attached as **Exhibit B.**

9. Based on personal knowledge of these proceedings and the information available in the Court's Docket, the Court has not taken action as to the State Defendants' motions to dismiss and stay discovery. (Dkt. Nos. 37, 38).

10. Based on personal knowledge of these proceedings and the information available in the Court's Docket, the Court has not taken any action as to the Plaintiff's motion for injunctive relief from prosecution. (Dkt. No. 41).

11. Based on personal knowledge of these proceedings and the information available in the Court's Docket, the Court has not taken action as to the Plaintiff's March 8, 2024, letter

2

to the Court and accompanying Notice for Production of Documents in a Specified Electronic Format. (Dkt. Nos. 43, 44).

12. Based on personal knowledge of these proceedings and the information available in the Court's Docket, the Court has not taken action as to the Plaintiff's April 12, 2024, motion to compel Rule 26 disclosures. (Dkt. No. 50).

13. A true and correct copy of Plaintiff's First Set of Written Requests for Admissions to Deputy Steven Messner and Sgt Erik Knull is attached as **Exhibit C.**

Pursuant to 28 U.S.C. Sec. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 19th day of April, 2024.

By: *s/Dalton D. Sjong*
DALTON D. SJONG