EXHIBIT 6



**Sauk County Sheriff's Office**
Sheriff Chip Meister
richard.meister@saukcountywi.gov
**Chief Deputy Eric Van Den Heuvel**
eric.vandenheuvel@saukcountywi.gov
1300 Lange Court
Baraboo, WI 53913
Business (800) 377-1195   (608) 356-4895
Detective Division (608) 355-3213   Jail/Huber (608) 355-3210
Fax: (608) 355-3572   www.co.sauk.wi.us



## Dispatch Information

**CFS #**           SAUK23-027476
**Location**        2171 VIKING DR, REEDSBURG, WI 53959
**Incident Code**   FU : FOLLOW UP
**Occurred Between** 05/17/23 13:15:27 and
**Assigned**  13:15:50  **Enroute**  13:15:50  **On Scene**  13:15:50  **Completed**  13:46:47

## Suspect

**GRANT, CALEB JAMES**
Male, DOB 5/22/00                              NOT ACTUALLY AN OFFENSE

E7973A BETH RD
REEDSBURG, WI 53959

## Other

**GRANT, JOSHUA EDWARD**
Male, ▇▇▇▇▇▇                          Involved: NOT ACTUALLY AN OFFENSE

2171 VIKING DR
REEDSBURG, WI 53959

▇▇▇▇▇▇▇

**CI 23-05**                          Involved: NOT ACTUALLY AN OFFENSE

## Initial Narrative By Steven Messner
**Supplemental**

SUPPLEMENTAL REPORT TO SC23-03315
Dep. S. Messner #9134

ASSISTING OFFICERS
Sgt. Knull of Sauk County Sheriff's Office
Dep. Krolikowski of Sauk County Sheriff's Office

EVIDENCE
Photographs

INITIAL INFORMATION
On 4/6/2023 at approximately 4:52 PM, I conducted a traffic stop on a vehicle, bearing Wisconsin registration plate #AAV1662, on Terrytown Road, west of CTH BD, in regards to violations observed on W. Pine, near Log Lodge Court, Village of West Baraboo, Sauk County, Wisconsin. During the traffic stop, the male driver failed to identify himself. Using Department of Transportation (DOT) files, via eTime, the registered owner's photograph was observed and the

driver was believed to be the registered owner, Joshua Grant. The driver was cited for county ordinance obstructing and written warning for the equipment violation.

FOLLOW UP
On 4/27/2023, I was advised by Det. Lt. Zunker of the Sauk County Sheriff's Office that a ▮▮▮▮▮ had notified Baraboo Police Department by Facebook, notifying them that Dep. Messner had cited the wrong person on a traffic stop. The person cited was Joshua Grant and the person who was driving was, Joshua's brother, Caleb Grant. On 4/28/2023, I attempted contact at an in-house record for a prior residence for ▮▮▮▮▮ CI 23-05 ▮▮▮▮▮ I attempted contact, via phone ▮▮▮ CI 23-05 ▮▮▮ and left voice-mails. I attempted contact with Joshua Grant and left voice-mails. Later, I re-attempted contact and on ▮▮ CI 23-05 ▮▮ answer and advised that the phone's were not ▮▮ CI 23-05 ▮▮ Using DOT records, I learned that ▮▮ CI 23-05 ▮▮ last updated on 1/26/2023, showed an address of ▮▮ CI 23-05 ▮▮ I requested a TTY for ▮▮ CI 23-05 ▮▮ Police Department to respond to the address and contact ▮▮ CI 23-05 ▮▮ I received notice that ▮▮ CI 23-05 ▮▮ PD responded and all residents denied that ▮▮ CI 23-05 ▮▮ resided there. On Sunday, 4/30/2023, I advised Sgt. Knull of the incident. Sgt. Knull called ▮▮ CI 23-05 ▮▮ phone. In speaking with two individuals, who refused to identify themselves, the male advised that his brother Caleb was cited during a traffic stop. Upon checking DOT records, I found a Caleb J. Grant, M/W, DOB 5/22/2000, with no driving record, driver's license or identification card issued. With an in-house check of records, I was unable to locate a Caleb. Later, I was advised by Sgt. Knull that he had further contact with ▮▮ CI 23-05 ▮▮ and advised that Joshua or Caleb would have to contact Dep. Messner to verify their identity within the next week or the citations would be upheld. I did not receive any contact with ▮▮ CI 23-05 ▮▮ for the following week. I attempted contact, via phone, with ▮▮ CI 23-05 ▮▮ ▮▮ CI 23-05 ▮▮ and left voicemail messages for ▮▮ CI 23-05 ▮▮ ▮▮ CI 23-05 ▮▮ on May 8, 2023.

RESIDENCE
On May 8, 2023, at approximately 8:15 AM, I attempted contact with Caleb or Joshua at E7973A Beth Road, Township of Reedsburg, Sauk County, Wisconsin. I activated my squad cellphone recording app. I made contact with a male, at the residence, who did not identify himself. This male was an individual who showed up at the initial traffic stop and was filming. Prior to this contact, checking the registration of the vehicle, I was able to determine the individual to be Geoffrey Grant, which was verified in checking DOT files for I observed the DOT photograph of Geoffrey. In speaking to Geoffrey, Geoffrey demanded to know why I parked my squad car in his driveway, why I came the back door, and why I did not observe the cones in his front yard. I advised Geoffrey that it was the driveway, I used the common use door and did not observe a front door to the residence. Geoffrey told me the cones were to prevent cars driving in his driveway. I requested to know if Caleb or Joshua were at the residence. Geoffrey asked if I was recording the conversation. I told him I was. Geoffrey demanded that I turn off the recording and told me to leave. I ended contact and ended the recording.

FOLLOW UP
On 5/17/2023, I was advised by Sgt. Knull that ▮▮ CI 23-05 ▮▮ had contact him. ▮▮ CI 23-05 ▮▮ had provided ▮▮ CI 23-05 ▮▮ address and coordinated follow up. On May 17, 2023, at approximately 1:30 PM, I made contact with ▮▮ CI 23-05 ▮▮ ▮▮ CI 23-05 ▮▮ In speaking to ▮▮ CI 23-05 ▮▮ I learned the following information. Joshua was not driving the Volkswagen Golf, bearing Wisconsin registration #AAV1662. The vehicle was left at his parents residence and his brother, Caleb, uses it. Joshua was in Reedsburg at the time ▮▮ CI 23-05 ▮▮ watching Netflix and went to bed. Joshua provided me with his driver's licenses. I was shown the garage and parking space in which the vehicle was not located. It was explained that his parents and brother have sovereign citizens' beliefs. Joshua has limited contact with his family. Joshua uses Snapchat to communicate with his brother Caleb. Joshua does not have any recent photographs, approximately 8 years, of his brother. I photographed Joshua.

CONCLUSION
On 5/18/2023, Deputy Krolikowski conducted a traffic stop on a vehicle bearing Wisconsin registration plate #AAV1662. The driver was arrested for obstructing an officer due to refusing to identify himself. The driver was identified as Caleb due to cards located in his wallet. Caleb was brought to the Sauk County Jail. I met Caleb in the pre-booking room and verified that he was the driver of the vehicle on 4/6/2023, not Joshua. In checking DOT files, Caleb does not have a driver license issued. I issued Caleb a mandatory citation for obstructing with a court date of 6/21/2023 at 1:00 PM, and citations for the exhaust violation (The tail pipe shall extend to the outside body line of the vehicle, except that light trucks may have the exhaust outlet extend only to the rear of the vehicle cab if the cargo area is not enclosed and used for passenger transportation.) and operating without a driver's license with non-mandatory court date of 6/21/2023 at 1:00 PM. I photographed Caleb and he does not appear as Joshua. I advised the Clerk of Court's Office, the Sauk County Sheriff's Office Clerk, and Joshua that the citations to Joshua were voided.

END OF REPORT
Dep. S. Messner #9134

# **Sauk County Law Enforcement Proxy**

This is to be completed on **all criminal arrests**
(in custody arrests, criminal referrals to the D.A., and for ordinance violations which would otherwise involve
criminal behavior such as retail theft).
*Information should be collected from CCAP, PROTECT or Criminal History Data*

Case #:   SC23-04921

Today's Date:   5/18/23

Name:   GRANT, CALEB JAMES

DOB:   5/22/00                                        Gender:   Male

Phone Number:

Officer:   Krolikowski, Daniel               Agency:   Sauk County Sheriff's Department
Offenses:   946.41(1) - Resisting or Obstructing an Officer

Did the Officer observe or did the arrestee admit to alcohol/drug use related to the offense?     **No**

**\*\*Did this proxy change the Officer/Deputy's Response?**     **No**

**PROXY DATA**

| Current Age: | 22 | (16-25) = 2<br>(26-35) = 1<br>(36+) = 0 | Score: | 2 |
|---|---|---|---|---|
| **Age of First Arrest:**<br>**\*Per incident not charge**<br>In your LIFETIME-Include arrests, summons and and warrant for any criminal offense including criminal traffic, juvenile | 22 | (0-17) = 2<br>(18-21) = 1<br>(22+) = 0 | Score: | 0 |
| **Number of Prior Arrests:**<br>**\*Per incident not charge**<br>As an ADULT only-Arrests, summons, warrant for any criminal offense, this includes ordinance violations that would otherwise be a criminal offense | 0 | (0-1) = 0<br>(2-4) = 1<br>(5+) = 2 | Score: | 0 |
| **Information Verified by:**<br>Criminal History                    CCAP, Protect | | **Total Proxy Score:** | | 2 |

**Comments:** PROXY OVERRIDE. Subject was refusing to identify himself. My best research at this time indicates it is Caleb Grant.

**Referral to SUDS:** No

### *Risk Level Classification*

| Low Risk | | | Medium Risk | | High Risk | |
|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 |

| DA's Office Use Only: |
|---|
| Referred to:    SUDS ☐                                        Treatment Court ☐ |