**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

Caleb Grant,

    Plaintiff,

    v.                                             Case No. 23CV551

DANIEL KROLIKOWSKI ET AL.,

    Defendants.

## DECLARATION OF Caleb J. Grant

Comes now, Caleb J. Grant, sui juris, having first hand knowledge of the facts herein and believes these facts to be true to the best of his belief and knowledge.

1. I have submitted two (2) documents into the court record.
2. The first document was sent to Sauk County Defendants on 11/18/2024 and contains their response on 12/18/24 and the second one is a government record from Sauk County Circuit Court Branch 1.
3. The first document is the Request for Production of Oaths of Office for the 4 Deputy Sheriffs and the response to that request dated 12/18/2024.
4. The second document is from case no. 2023CM000237, regarding Plaintiffs State of Wisconsin hearing of 6/10/2024.  Transcripts filed into that court on 7/29/2024.

Pursuant to 28 U.S.C. § 1746.  I declare under penalty of perjury that the foregoing is true and correct.

Dated :   4/10/2025

                                                        /s Caleb J, Grant
                                                        Caleb J. Grant
                                                        C/o E7973 Beth Rd
                                                         Reedsburg, WI 53959
                                                          608-386-3467
                                               CJGAgent@protonmail.com