| | | |
|---|---|---|
| 9112 (Primary) | 9112 - Krolikowski, Daniel | SCSD (Primary) |
| 9176 | 9176 - Macaskill, Jonathon | SCSD (Primary) |

**Response Times**

| | |
|---|---|
| **Assigned** | 05/18/23 06:55:52 * |
| **Enroute** | 05/18/23 06:55:52 * |
| **Arrived** | 05/18/23 06:55:52 |
| **Leaving** | 05/18/23 06:56:49 * |
| **Arrived At** | 05/18/23 06:56:49 |
| **Completed** | 05/18/23 08:39:49 |

**IR / External Agency Numbers**

SC23-04921                                                                 PO: 9112 - Krolikowski, Daniel

**Command Log** Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Shown

05/18/23 06:55:52 | Bellis, Mary | 9112 | Traffic Stop
05/18/23 06:56:06 | Bellis, Mary | ATTEMPTING TO STOP THE VEH E/B FROM THE INTERSECTION
05/18/23 06:56:09 | Bellis, Mary | 9 | Enroute
05/18/23 06:56:43 | Bellis, Mary | T/S ON EVERGREEN//HY 23-33
05/18/23 06:56:49 | Bellis, Mary | 9112 | Arrived At (Location: E8576 HY 23-33, REEDSBURG, WI, 53959)
05/18/23 06:58:49 | Bellis, Mary | 10-2
05/18/23 07:00:14 | Bellis, Mary | 9 | Arrived At (Location: S2949 HY 23, REEDSBURG, WI, 53959)
05/18/23 07:00:20 | Bellis, Mary | 9112 | Clear Alarms
05/18/23 07:05:27 | Bellis, Mary | 9 | Clear Alarms
05/18/23 07:06:02 | Bellis, Mary | 9176 | Enroute
05/18/23 07:06:19 | Bellis, Mary | 1 SUBJ DETAINED - PARENTS ARE ONSCENE BEING CONFRONTATIONAL
05/18/23 07:06:36 | Bellis, Mary | 9103 | Enroute
05/18/23 07:08:11 | Bellis, Mary | 2 | Enroute
05/18/23 07:08:54 | Bellis, Mary | 10-2 - PARENTS STILL CONFRONTATIONAL - 2ND VEH SHOWED UP ONSCENE 396YTW
05/18/23 07:11:31 | Bellis, Mary | 10-2 - WILL BE ON DATA IN A MOMENT
05/18/23 07:16:16 | Bellis, Mary | 9103 | Arrived At (Location: E8576 HY 23-33, REEDSBURG, WI, 53959)
05/18/23 07:16:38 | Bellis, Mary | 9112 | Message - STILL 95/76 JAIL
05/18/23 07:16:57 | Bellis, Mary | 2, 9176 | Available
05/18/23 07:17:09 | Bellis, Mary | 9112 | Leaving Scene (Location: 95/76 JAIL)
05/18/23 07:18:12 | Bellis, Mary | 9103 | Available
05/18/23 07:18:30 | Bellis, Mary | 9112 | Message - VEH RELEASED TO PARENTS
05/18/23 07:33:04 | Bellis, Mary | 9112 | Arrived At (Location: 1319 SAUK AV, BARABOO, WI, 53913)
05/18/23 07:33:17 | Bellis, Mary | 9 | Arrived At (Location: JAIL)
05/18/23 07:33:21 | Bellis, Mary | 9 | Clear Alarms
05/18/23 07:33:25 | Bellis, Mary | 9112 | Clear Alarms
05/18/23 07:46:46 | Breunig, Charmaine | NEG CH FOR CALEB
05/18/23 07:52:10 | Huelsemann, Randy | 9 | Dispatch
05/18/23 08:39:45 | Bellis, Mary | dkrolikowski
Traffic stop with vehicle due to exhaust pipe extending significantly past rear bumper. Driver refused to identify himself after many requests. Booked into the jail for obstructing. Once at jail he continued to refuse to identify himself. His communications were consistent with a "sovereign citizen's" tactics/verbiage. I believe the subject to be Caleb Grant as he had many cards in the wallet on his person with that name. He will receive traffic violations also for OWL, exhaust violation.
05/18/23 08:39:49 | Bellis, Mary | 9112 | Complete



**Sauk County Sheriff's Office**
Sheriff Chip Meister
richard.meister@saukcountywi.gov
Chief Deputy Eric Van Den Heuvel
eric.vandenheuvel@saukcountywi.gov
1300 Lange Court
Baraboo, WI 53913
Business (800) 377-1195  (608) 356-4895
Detective Division (608) 355-3213  Jail/Huber (608) 355-3210
Fax: (608) 355-3572  www.co.sauk.wi.us



# GRANT, CALEB JAMES (IN23-1130)



| | | | |
|---|---|---|---|
| **Sex** | Male | **Race** | White |
| **DOB** | 5/22/00 | **Ethnicity** | Not Hispanic or Latino |
| **Current Age** | 23 | | |
| **Height** | 5' 10" | | |
| **Weight** | 135 lbs | **Eye Color** | Brown |
| **Deceased** | No | **Hair Color** | Brown |
| | | **Build** | |
| | | **Complexion** | |

**Distinctive Markings**
None

## Contact Information

**Street Address** E7973A BETH RD, REEDSBURG, WI 53959
**Emergency Contact**
**Employer**
**Occupation**

## Identification

| **DL #** | WI G6531100018202 passenger car/truck Exp 2023 | **DL #** | WI G653-1100-0182-02 | **File #** | 56374 |
|---|---|---|---|---|---|

## Background

| | | |
|---|---|---|
| **Last Grade** | **Marital Status** | **Religion** |
| **Citizenship** | **Place of Birth** | |
| **State of Birth** | **Country of Birth** | |

## Organization Affiliations

Sovereign

## Comments

## Vehicles

| 396YTW WI 2010 SILVER TOYOTA COROLLA/S/LE/XLE - Past Record Association |
|---|

| 05/18/23 06:55 | SCSD | CFS | #SAUK23-027583 |
|---|---|---|---|

Other; Incident Code TC : TRAFFIC CITATION

| 05/18/23 06:55 | Sauk County Sheriff's Department | Case | #SC23-04921 |
|---|---|---|---|

Other; Incident Code TC : TRAFFIC CITATION

| 04/06/23 16:52 | SCSD | Case | #SC23-03315 |
|---|---|---|---|

Incident Code TC : TRAFFIC CITATION

| AAV1662 WI 2003 BLK VOLK GOLF - Past Record Association |
|---|

| 05/18/23 06:55 | SCSD | CFS | #SAUK23-027583 |
|---|---|---|---|

Traffic Stop; Incident Code TC : TRAFFIC CITATION

| 05/18/23 06:55 | Sauk County Sheriff's Department | Case | #SC23-04921 |
|---|---|---|---|

SC-CJG000011

| | | |
|---|---|---|
| 9112 (Primary) | 9112 - Krolikowski, Daniel | SCSD (Primary) |
| 9176 | 9176 - Macaskill, Jonathon | SCSD (Primary) |

| Response Times |
|---|

**Assigned**  05/18/23 06:55:52 *
**Enroute**   05/18/23 06:55:52 *
**Arrived**   05/18/23 06:55:52
**Leaving**   05/18/23 06:56:49 *
**Arrived At** 05/18/23 06:56:49
**Completed** 05/18/23 08:39:49

| IR / External Agency Numbers |
|---|

SC23-04921                                              PO: 9112 - Krolikowski, Daniel

| Unit Response Times |
|---|

**Non Unit Specific Times**
05/18/23 06:56:06 | ATTEMPTING TO STOP THE VEH E/B FROM THE INTERSECTION
05/18/23 06:56:43 | T/S ON EVERGREEN//HY 23-33
05/18/23 06:58:49 | 10-2
05/18/23 07:06:19 | 1 SUBJ DETAINED - PARENTS ARE ONSCENE BEING CONFRONTATIONAL
05/18/23 07:08:54 | 10-2 - PARENTS STILL CONFRONTATIONAL - 2ND VEH SHOWED UP ONSCENE 396YTW
05/18/23 07:11:31 | 10-2 - WILL BE ON DATA IN A MOMENT
05/18/23 07:46:46 | NEG CH FOR CALEB
05/18/23 08:39:45 | dkrolikowski
Traffic stop with vehicle due to exhaust pipe extending significantly past rear bumper. Driver refused to identify himself after many requests. Booked into the jail for obstructing. Once at jail he continued to refuse to identify himself. His communications were consistent with a "sovereign citizen's" tactics/verbiage. I believe the subject to be Caleb Grant as he had many cards in the wallet on his person with that name. He will receive traffic violations also for OWL, exhaust violation.

**2**
05/18/23 07:08:11 | Enroute

**2, 9176**
05/18/23 07:16:57 | Available

**9**
05/18/23 06:56:09 | Enroute
05/18/23 07:00:14 | Arrived At (Location: S2949 HY 23, REEDSBURG, WI, 53959)
05/18/23 07:05:27 | Clear Alarms
05/18/23 07:33:17 | Arrived At (Location: JAIL)
05/18/23 07:33:21 | Clear Alarms
05/18/23 07:52:10 | Dispatch

**9103**
05/18/23 07:06:36 | Enroute
05/18/23 07:16:16 | Arrived At (Location: E8576 HY 23-33, REEDSBURG, WI, 53959)
05/18/23 07:18:12 | Available

**9112**
05/18/23 06:55:52 | Traffic Stop
05/18/23 06:56:49 | Arrived At (Location: E8576 HY 23-33, REEDSBURG, WI, 53959)
05/18/23 07:00:20 | Clear Alarms
05/18/23 07:16:38 | Message - STILL 95/76 JAIL
05/18/23 07:17:09 | Leaving Scene (Location: 95/76 JAIL)
05/18/23 07:18:30 | Message - VEH RELEASED TO PARENTS
05/18/23 07:33:04 | Arrived At (Location: 1319 SAUK AV, BARABOO, WI, 53913)
05/18/23 07:33:25 | Clear Alarms

SC-CJG000020