UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

Exhibit E

CALEB GRANT,

    Plaintiff,

v.

DEPUTY DANIEL KROLIKOWSKI, ET AL.,

    Defendants.

                                                          Case No. 23CV551

**DECLARATION OF CALEB J. GRANT RE: UNSCHEDULED VOIR DIRE**

I, Caleb J. Grant, plaintiff in Case No. 3:23-cv-00551-jdp, declare under penalty of perjury: In May 2024, I visited the Sauk County Clerk of Courts office with my father to inquire about the voir dire schedule for case 2023CM237, set for 1:00 p.m. on June 12, 2024, as ordered by Judge Michael P. Screnock on January 10, 2024, and confirmed at the June 5, 2024, pretrial hearing (Dkt 94-1). A clerk at the window checked the schedule, turned the monitor to show us no jury trial was scheduled, and stated she would follow up with someone else. My father witnessed this conversation. This memory was recently recalled and could not be raised earlier due to the dismissal of ADA Arevalo and lack of discovery on trial scheduling procedures. The foregoing is true and correct to the best of my knowledge.

Dated: May 10, 2025

/s/ Caleb J. Grant.