

Carrie Wastlick, Clerk of Court

Sauk County Circuit Court
510 Broadway St., Baraboo, WI 53913
Phone: (608) 355-3287
Fax: (608) 355-3480

May 2, 2025

To Whom It May Concern

FROM: Carrie Wastlick, Clerk of Court

SUBJECT: June Jurors

There were no jurors paid for reporting for service at the Sauk County Clerk of Courts on June 12, 2024.

Jurors were called, reported and released on June 11, 2024 for a trial that did not commence before Judge Klicko. Jurors on June 11, 2024 were released due to a plea entered into on a different case.