DECLARATION OF

Geoffrey Grant
Case No. 2:23-cv-00551-jdp

**United States District Court, Western District of Wisconsin**

1. Geoffrey Grant is the father of Plaintiff Caleb J. Grant.

2. Geoffrey was with Plaintiff at the Clerk of Courts office in May, 2024 when Plaintiff inquired about the jury trial and voir dire that was to happen before the trial in case 2023CM237.

3. She asked what case it was and when it was going to trial and was told it was for case 2023CM237 and the trial was to begin at 1:00 p.m. And she was asked about when voir dire would be happening and where.

4. The clerks statement was that there was nothing scheduled for a jury trial for 6/12/2024 and said that she would talk to someone about this missing from the schedule.

5. Geoffrey was at the 1/10/24 hearing and heard the court set the time for jury trial to be 6/12/24 – 6/13/24 and where ADA Aravalo stated that he may want to separate the traffic cases from the criminal case because he wanted to not have the jury hear about the traffic cases.

6. Geoffrey was also present at the 1/10/24 hearing when the court set the final pretrial hearing to be 6/5/24 in the a.m. .

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Dated: 5/10/2025

/s/ Geoffrey Grant

Geoffrey Grant