Exhibit H

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WISCONSIN

CALEB GRANT,

    Plaintiff,

v.

DEPUTY DANIEL KROLIKOWSKI, ET AL.,

    Defendants.

                                                     Case No. 23CV551

## DECLARATION OF CALEB J. GRANT RE: EXHIBIT D

I, Caleb J. Grant, plaintiff in Case No. 3:23-cv-00551-jdp, declare under penalty of perjury: On August 26, 2024, I received Defendants' Initial Disclosure, including pages 9, 11, and 20 (SC-CJG000009, 000011, 000020), labeled as Exhibit D. These pages include references to "Sovereign Citizen" affiliations and tactics/verbiage attributed to me. The attached copies are true and correct to the best of my knowledge.

Dated: May 10, 2025

/s/ Caleb J. Grant.