Exhibit I

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WISCONSIN

CALEB GRANT,

     Plaintiff,

v.

DEPUTY DANIEL KROLIKOWSKI, ET AL.,

     Defendants.

                                                   Case No. 23CV551

## DECLARATION OF CALEB J. GRANT RE: EXHIBIT I

I, Caleb J. Grant, plaintiff in Case No. 3:23-cv-00551-jdp, declare under penalty of perjury: On April 7, 2025, I submitted an open records request to Becky Evert, Sauk County Clerk, for records of signed oaths of office for Deputies Daniel Krolikowski, Steven Messner, Alex Breunig, Erik Knull, Bradley Luber, and any other deputies (potential John Does) involved in case 2023CM237 for 2023. The response, received on April 15, 2025, confirms no signed oaths existed for these deputies in 2023. The combined files attached to this declaration, labeled as Exhibit I, include a roster of Sheriff's Office employees appointed as deputies and oaths for other deputies starting December 12, 2023, but omit oaths for the named deputies and potential Does active during the May 18, 2023, arrest. The attached response is true and correct to the best of my knowledge.

Dated: May 10, 2025
/s/ Caleb J. Grant.

### RE: FW: Message from KM_C450i

| | |
|---|---|
| From | Becky Evert <Becky.Evert@saukcountywi.gov> |
| To | cjgagent@protonmail.com |
| CC | Brian Desmond <Brian.Desmond@saukcountywi.gov>, Richard Meister <Richard.Meister@saukcountywi.gov>, Eric VanDenHeuvel <Eric.VanDenHeuvel@saukcountywi.gov>, Julie Hoenisch <julie.hoenisch@saukcountywi.gov> |
| Date | Tuesday, April 22nd, 2025 at 4:28 PM |

Good Afternoon Caleb,

Attached please find what I have on file in my office, per your request.

To keep everything in the same email, I've attached what Chris (my Deputy) provided with you yesterday as well.

I will consider your request fulfilled.

Thanks,



**Becky Evert**

County Clerk's Office | County Clerk

**Phone: (608) 355-3523| Fax: (608) 355-3522**

**Email:  becky.evert@saukcountywi.gov**

**Address: 505 Broadway, Baraboo, WI 53913**

---

**From:** Christopher P. Harry <Christopher.Harry@saukcountywi.gov>
**Sent:** Tuesday, April 22, 2025 3:48 PM
**To:** County Clerk <CountyClerk@saukcountywi.gov>
**Subject:** FW: FW: Message from KM_C450i

**From:** cjgagent <cjgagent@protonmail.com>
**Sent:** Tuesday, April 22, 2025 3:46 PM
**To:** Christopher P. Harry <Christopher.Harry@saukcountywi.gov>
**Subject:** Re: FW: Message from KM_C450i

> **CAUTION:** This email originated from outside of your organization. Do not click links or open attachments unless you recognize the sender's email address and know the content is safe.

**Caleb Grant**

**C/o G. Grant**

**E7973 Beth Rd**

**Reedsburg, WI 53959**

**CJGAgent@protonmail.com**

**608-386-3467**

**4/22/2025**

**Records Custodian**
County Clerks Office
Baraboo, WI 53913

**RE: Wisconsin Open Records Request – Oaths of Office**

Dear Records Custodian,

Sorry Chris I mistakenly used the wrong criteria for what Oaths I needed.

**Pursuant to the Wisconsin Public Records Law, Wis. Stat. §§ 19.31–19.39, I am requesting access to and copies of the Oaths of Office for Deputy Sheriffs employed by the Sauk County Sheriff's Office, including those assigned to the Jail Division, that are listed below.**

Please note that I am not requesting appointment letters or any other personnel records—only the signed **Oaths of Office** as required under Wis. Stat. § 19.01.

I would prefer to receive the records electronically, if possible. If there are any fees associated with fulfilling this request, please let me know beforehand. However, if the total cost does not exceed $25, you may proceed without additional authorization.

If any portion of the requested records is withheld, please provide a written explanation including the specific legal authority for the denial.

Thank you for your attention to this matter. I look forward to your response within a reasonable time, as required by Wis. Stat. § 19.35(4)(a).

Sincerely,

**Caleb Grant**

1. Alexis Short
2. Aaron Brooks
3. Alex Breunig
4. Bruce Bailey
5. Bradley Luber
6. Becky Blackman
7. Chad Rockweiler
8. Carrie Cummings
9. Chad Fiske
10. Christa Wilson
11. Cody Foster
12. Cara Randazzo
13. Douglas Pogreba
14. Daniel Krolikowski
15. David Burton
16. Dylan Horn
17. Derek Weinberger
18. Daniel Kliebenstein
19. Erik Knull
20. Hayden Batz
21. Isaac Robinson
22. Jean Bonham
23. Jon Fuhlbohm
24. Joseph Eytalis
25. Jessica McLain
26. Kristi Schmitz
27. Kelli Kluge
28. Kim Radtke
29. Keith Hoefs
30. Lance Randall
31. Lawrence Brickl
32. Lewis Lange
33. Lucas Stieve
34. Michelle Timm
35. Michael Cook
36. Michelle Strong
37. Michael Papara
38. Nicole Schlough
39. Naomi Streif
40. Natalie Rausch
41. Paul Beloungy
42. Patrick Hoekstra
43. Steven Messner
44. Timothy Schulenberg
45. Tara Pyffereon

46. Todd Reigard
47. Thomas Herritz
48. Zach Verch

Sent with Proton Mail secure email.

On Monday, April 21st, 2025 at 1:11 PM, Christopher P. Harry <Christopher.Harry@saukcountywi.gov> wrote:

> Here is the scan of the information you requested, attached. Thank you
>
> _____
>
> **From:** cclerk_konica450i@saukcountywi.gov <cclerk_konica450i@saukcountywi.gov>
> **Sent:** Monday, April 21, 2025 12:53 PM
> **To:** Christopher P. Harry <Christopher.Harry@saukcountywi.gov>
> **Subject:** Message from KM_C450i

---

**1.47 MB**   3 files attached   1 embedded image

SKM_C450i25042216040.pdf 65.43 KB      SKM_C450i25042216150.pdf 105.60 KB      SKM_C450i25042112520.pdf 1.30 MB



## DEPUTY SHERIFF STATUS-SAUK COUNTY

I, RICHARD T MEISTER, the duly elected Sheriff of Sauk County, Wisconsin, do hereby appoint the attached roster of full-time employees of Sauk County Sheriff's Office to the status of Deputy Sheriff within the boundaries of the County of Sauk. This authority/status shall be effective immediately and will be upheld until the end of my elected term of January 1, 2027.

RICHARD T. MEISTER
Sheriff of Sauk County

Subscribed and sworn before me this ___3rd_____ day of _January__, 2023_.

Notary Public: _____

My Commission expires:  ___11/13/2024_____

| Last Name | First Name | Job Class Description |
|---|---|---|
| CARNS | WENDY | ADMIN SERVICES SUPERVISOR |
| ALWIN | KIMBERLY | ADMINISTRATIVE ASSISTANT JAIL |
| KNUTH | MELISSA | CLERK |
| PIERCE | JARED | BEHAVIORAL HEALTH SPECIALIST |
| BACKEBERG | MICHELLE | CLERK |
| BLACKMAN | BECKY | CLERK |
| BLOCK | KENNETH | CLERK |
| BROWN | KARLYN | CLERK |
| GLEASH | MATTHEW | CLERK |
| GROSSENBACHER | SUSAN | CLERK |
| HEMBERGER | HEATHER | CLERK |
| HOLLOWAY | MORGANN | CLERK |
| NIEMEYER | JOEL | CLERK |
| OTT | JAMIE | CLERK |
| SCHMITZ | KRISTI | CLERK |
| STOLTE | JAMIE | CLERK |
| DOSCH | MARY | CLERK (JAIL) |
| MACHOVEC | JESSICA | OFFICE MANAGER |
| FROESE | ROLAND | PRISON TRANSPORT |
| LUTZ | HARRY | PRISON TRANSPORT |
| STODDARD | LEE | PRISON TRANSPORT |
| WANDREY | GARY | PRISON TRANSPORT |
| WEINKE | HAROLD | PRISON TRANSPORT |
| KIRCH | DANIEL | TELECOMMUNICATIONS SUPERVISOR |
| BEIER | JENNIFER | TELECOMMUNICATOR |
| BELLIS | MARY | TELECOMMUNICATOR |
| BOLAND | ERIN | TELECOMMUNICATOR |
| BREUNIG | CHARMAINE | TELECOMMUNICATOR |
| FILIPIAK | REBECCA | TELECOMMUNICATOR |
| GORSLINE | JESSICA | TELECOMMUNICATOR |
| HELLENBRAND | SETH | TELECOMMUNICATOR |
| HUELSEMANN | RANDY | TELECOMMUNICATOR |
| JENSEN | CHRIS | TELECOMMUNICATOR |
| OLDENHOFF | JAMES | TELECOMMUNICATOR |
| PHILLIPS | SUE | TELECOMMUNICATOR |
| SCHOENOFF | JASMINE | TELECOMMUNICATOR |
| WESTPHAL | HOLLY | TELECOMMUNICATOR |
| MCLEAN | ZOEY | TELECOMMUNICATOR PT LTE |



RECEIVED

JAN 2 0 2023

SAUK COUNTY CLERK
BARABOO, WISCONSIN

## DEPUTY SHERIFF STATUS-SAUK COUNTY

I, RICHARD T MEISTER, the duly elected Sheriff of Sauk County, Wisconsin, do hereby authorize the attached roster of full-time employees of Sauk County Sheriff's Office to the status of Deputy Sheriff within the boundaries of the County of Sauk. This authority/status shall be effective immediately and will be upheld until the end of my elected term of January 1, 2027.

RICHARD T. MEISTER
Sheriff of Sauk County

Subscribed and sworn before me this ___3rd_____ day of _January__, 2023_.

Notary Public: _____

My Commission expires: ___11/13/2024_____

| | | |
|---|---|---|
| VANDENHEUVEL | ERIC | CHIEF DEPUTY |
| BREUNIG | ALEX | COURT SECURITY |
| BYCHINSKI | TODD | COURT SECURITY |
| EDERER | MARTIN | COURT SECURITY |
| FINNEGAN | SHAWN | COURT SECURITY |
| VOLZ | HANNAH | COURT SECURITY |
| SABOL | JOSIP | COURT SECURITY SERGEANT |
| LAATSCH | RAYMOND | DEPUTY SHERIFF PRISON TRANSPOR |
| WASILEWSKI | KIM | DEPUTY SHERIFF PRISON TRANSPOR |
| BULIN | DREW | DETECTIVE |
| HANNAGAN | JUSTIN | DETECTIVE |
| HANSON | ISAAC | DETECTIVE |
| KELLOGG | JOSEPH | DETECTIVE |
| LINS | CLAY | DETECTIVE |
| LOHR | TREVOR | DETECTIVE |
| MCCLURE | STACY | DETECTIVE |
| POINTON | TYLER | DETECTIVE |
| ZUNKER | CHRISTOPHER | DETECTIVE LIEUTENANT |
| STEINHORST | SCOTT | DETECTIVE SERGEANT |
| BURROUGHS | PATRICK | ELECTRONIC MONITORING |
| BURCH | MATHEW | FIELD SERVICES CAPTAIN |
| AHNEMAN | AMY | JAILORS |
| BAILEY | BRUCE | JAILORS |
| BATZ | HAYDEN | JAILORS |
| BIRDSILL | DONNA | JAILORS |
| BRICKL | LAWRENCE | JAILORS |
| BROOKS | AARON | JAILORS |
| BUHLER | MALACHI | JAILORS |
| CHRISTENSON | MONTANA | JAILORS |
| COOK | MICHAEL | JAILORS |
| CORNING | DAWN | JAILORS |
| CUMMINGS | CARRIE | JAILORS |
| CURTIN | WENDY | JAILORS |
| DELMORE | ZACHARY | JAILORS |
| DICKRELL | JESSE | JAILORS |
| EYTALIS | JOSEPH | JAILORS |
| FISKE | CHAD | JAILORS |
| FOSTER | CODY | JAILORS |
| FUENTES | ANTHONY | JAILORS |
| FUHLBOHM | JON | JAILORS |
| HAGEN | ALEXIS | JAILORS |
| HERRITZ | THOMAS | JAILORS |
| HOEFS | KEITH | JAILORS |
| HOEKSTRA | PATRICK | JAILORS |
| HORN | DYLAN | JAILORS |
| KELLER | CHRISTOPHER | JAILORS |
| KLIEBENSTEIN | DANIEL | JAILORS |

| | | |
|---|---|---|
| KLUGE | KELLI | JAILORS |
| MCLAIN | JESSICA | JAILORS |
| MITCHELL | ELIZABETH | JAILORS |
| PAPARA | MICHAEL | JAILORS |
| POGREBA | DOUGLAS | JAILORS |
| PYFFEROEN | TARA | JAILORS |
| RADTKE | KIMBERLY | JAILORS |
| RANDALL | LANCE | JAILORS |
| RANDAZZO | CARA | JAILORS |
| REIGARD | TODD | JAILORS |
| ROBINSON | ISAAC | JAILORS |
| ROCKWEILER | CHAD | JAILORS |
| SCHNEIDER | KRISTI | JAILORS |
| SOLCHENBERGER | JORDAN | JAILORS |
| STERKOWITZ | BRADY | JAILORS |
| STIEVE | LUCAS | JAILORS |
| STREIF | NAOMI | JAILORS |
| STRONG | MICHELLE | JAILORS |
| VAZQUEZ | SANDRA | JAILORS |
| VERCH | ZACHARY | JAILORS |
| WEINBERGER | DEREK | JAILORS |
| AKERS | GIBSON | PATROL |
| BARNES | RYAN | PATROL |
| DRILL | ZACKERI | PATROL |
| ELLICKSON | SARAH | PATROL |
| FRANK | CORY | PATROL |
| GALVAN | ISAAC | PATROL |
| GREENWOOD | JONATHAN | PATROL |
| HUNTER | JACKSON | PATROL |
| JAHNKE | ANASTACIA | PATROL |
| KING | AARON | PATROL |
| KROLIKOWSKI | DANIEL | PATROL |
| KULAS | ANDREW | PATROL |
| MACASKILL | JONATHON | PATROL |
| MCCARTY | KYLE | PATROL |
| MESSNER | STEVEN | PATROL |
| MUELLER | KYLE | PATROL |
| NEUBAUER | WADE | PATROL |
| PETERSON | MITCHELL | PATROL |
| RENZ | KYLE | PATROL |
| SCHLOUGH | BRIAN | PATROL |
| STODDARD | BRADLEY | PATROL |
| SUTHERLAND | TROY | PATROL |
| TRAGER | BRYCE | PATROL |
| TROTH | JOSHUA | PATROL |
| VERTEIN | WILLIAM | PATROL |
| WILCOX | AUSTIN | PATROL |

| | | |
|---|---|---|
| SCHRAM | STEVEN | PATROL LIEUTENANT |
| CLAUER | THOMAS | PATROL SERGEANT |
| KNULL | ERIK | PATROL SERGEANT |
| LUBER | BRADLEY | PATROL SERGEANT |
| TATE | MATTHEW | PATROL SERGEANT |
| LANGE | LEWIS | SECURITY CAPTAIN |
| BRENNAN | BRIAN | SECURITY SERGEANT |
| BURTON | DAVID | SECURITY SERGEANT |
| GULDEN | ADAM | SECURITY SERGEANT |
| RAUSCH | NATALIE | SECURITY SERGEANT |
| SCHLOUGH | NICOLE | SECURITY SERGEANT |
| WILSON | CHRISTA | SECURITY SERGEANT |
| MEISTER | RICHARD | SHERIFF |



**STATE OF WISCONSIN**
**COUNTY OF SAUK**

I, *Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

**Tyler Mosley**

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 11th day of March, 2025.

_____
**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

I, *Tyler Mosley, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

_____
**Tyler Mosley, Deputy Sheriff**

Subscribed and sworn before me this _____11th_____ day of __March___, 2025_.

Notary Public: _Julie M Hoenisch_____

My Commission expires: ___09/24/2027_____





## STATE OF WISCONSIN
## COUNTY OF SAUK

I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:

### Tyler Varney

my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 11th day of March, 2025.

_____
Sheriff Chip Meister

## STATE OF WISCONSIN
## COUNTY OF SAUK

I, Tyler Varney, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.

_____
Tyler Varney, Deputy Sheriff

Subscribed and sworn before me this _____11th_____ day of __March___, 2025_.

Notary Public: _____

My Commission expires: ___09/24/2027_____



## STATE OF WISCONSIN
## COUNTY OF SAUK

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

### Seth Zimmerman

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

*Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 11th day of March, 2025.*

**Sheriff Chip Meister**

## STATE OF WISCONSIN
## COUNTY OF SAUK

*I, Seth Zimmerman, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

**Seth Zimmerman, Deputy Sheriff**

Subscribed and sworn before me this _____11th_____ day of __March___, 2025_.

Notary Public: _____

My Commission expires: ___09/24/2027_____

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

RECEIVED

OCT 0 9 2024

SAUK COUNTY CLERK
BARABOO, WISCONSIN

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

**Arnold Card**

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

**Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 8th day of October, 2024.**

_____
**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Arnold Card, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

_____
**Arnold Card, Deputy Sheriff**

Subscribed and sworn before me this ____8th____ day of _October __, 2024_.

Notary Public: _____

My Commission expires: ___09/24/2027_____

JULIE M. HOENISCH
NOTARY
PUBLIC
STATE OF WISCONSIN



## STATE OF WISCONSIN
## COUNTY OF SAUK

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

### Bradley Brunken

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

**Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 13th day of August, 2024.**

_____
Sheriff Chip Meister

## STATE OF WISCONSIN
## COUNTY OF SAUK

*I, Bradley Brunken, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

_____
**Bradley Brunken, Deputy Sheriff**

Subscribed and sworn before me this _____13th_____ day of _August __, 2024_.

Notary Public: _____

My Commission expires: ___09/24/2027_____

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

### Logan Detmer

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

**Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 13th day of August, 2024.**

**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Logan Detmer, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

**Logan Detmer, Deputy Sheriff**

Subscribed and sworn before me this _____13th_____ day of _August __, 2024_.

Notary Public: _____

My Commission expires: ___09/24/2027_____



**STATE OF WISCONSIN**
**COUNTY OF SAUK**

I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make,
constitute and appoint:

### Keith Anderson

my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any
and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 –
January 3, 2027.

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 9th day
of July, 2024.

_____
**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

I, Keith Anderson, do solemnly swear that I will support the Constitution of the United States
of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of
the Sheriff to the best of my ability, so help me God.

_____
**Keith Anderson, Deputy Sheriff**

Subscribed and sworn before me this ____9th____ day of _July __, 2024_.

Notary Public: _____

My Commission expires: ___09/24/2027_____





**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

### Brandon Schrank

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

*Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 9th day of July, 2024.*

**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Brandon Schrank, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

**Brandon Schrank, Deputy Sheriff**

Subscribed and sworn before me this _____9th_____ day of _July __, 2024_.

Notary Public: _____

My Commission expires: ___09/24/2027_____



**STATE OF WISCONSIN**
**COUNTY OF SAUK**



RECEIVED
JUL 1 1 2024
SAUK COUNTY CLERK
BARABOO, WISCONSIN

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

**Brianna Weber**

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

**Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 9th day of July, 2024.**

**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Brianna Weber, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

**Brianna Weber, Deputy Sheriff**

Subscribed and sworn before me this ____9th____ day of _July __, 2024_.

Notary Public: _____

My Commission expires: ___09/24/2027_____



JULIE M HOENISCH
NOTARY
PUBLIC
STATE OF WISCONSIN

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

### Ryan Downing

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 14th day of May, 2024.

_____

**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Ryan Downing, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

_____

**Ryan Downing, Deputy Sheriff**

Subscribed and sworn before me this ____14th____ day of _May __, 2024_.

Notary Public: _____

My Commission expires: ___09/24/2027_____



**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make,*
*constitute and appoint:*

**Sierra McFarlane**

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any*
*and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 –*
*January 3, 2027.*

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 14th day
of May, 2024.

_____
**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Sierra McFarlane, do solemnly swear that I will support the Constitution of the United*
*States of America and of the State of Wisconsin, and will faithfully perform the duties of the*
*Office of the Sheriff to the best of my ability, so help me God.*

_____
**Sierra McFarlane, Deputy Sheriff**

Subscribed and sworn before me this _____14th_____ day of _May __, 2024_.

Notary Public: _____

My Commission expires: ___09/24/2027_____

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

### Benjamin Lee

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 14th day of May, 2024.

**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Benjamin Lee, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

**Benjamin Lee, Deputy Sheriff**

Subscribed and sworn before me this _____14th_____ day of _May__, 2024_.

Notary Public: _____

My Commission expires: ___09/24/2027_____



**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

### James Nelson

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

**Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 12th day of March, 2024.**

_____
**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, James Nelson, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

_____
**James Nelson, Deputy Sheriff**

Subscribed and sworn before me this _____12th_____ day of _March __, 2024_.

Notary Public: _____

My Commission expires: ___09/24/2027_____



**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

**Cheyenne Gordon**

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

**Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 12th day of March, 2024.**

_____
Sheriff Chip Meister

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Cheyenne Gordon, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

_____
Cheyenne Gordon, Deputy Sheriff

Subscribed and sworn before me this ____12th____ day of _March __, 2024_.

Notary Public: _____

My Commission expires: ___09/24/2027_____

**STATE OF WISCONSIN**
**COUNTY OF SAUK**



*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make,*
*constitute and appoint:*

### Brittany Schultz

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any*
*and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 –*
*January 3, 2027.*

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 30th day
of January, 2024.

**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Brittany Schultz, do solemnly swear that I will support the Constitution of the United States*
*of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of*
*the Sheriff to the best of my ability, so help me God.*

**Brittany Schultz, Deputy Sheriff**

Subscribed and sworn before me this _____30th_____ day of _January __, 2024_.

Notary Public: _____

My Commission expires: ___09/24/2027_____



RECEIVED

FEB 0 1 2024

SAUK COUNTY CLERK
BARABOO, WISCONSIN

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

**Blakeslee Fish**

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 30th day of January, 2024.

**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Blakeslee Fish, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

**Blakeslee Fish, Deputy Sheriff**

Subscribed and sworn before me this ____30th____ day of _January __, 2024

Notary Public: _____

My Commission expires: ___09/24/2027_____

JULIE M HOENISCH
NOTARY
PUBLIC
STATE OF WISCONSIN



**STATE OF WISCONSIN**
**COUNTY OF SAUK**

I,  Chip Meister,  Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:

### Faith DeLapp

my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 12th day of December, 2023.

_____
Sheriff Chip Meister

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

I, Faith DeLapp, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.

_____
Faith DeLapp, Deputy Sheriff

Subscribed and sworn before me this _____12th_____ day of _December __, 2023_.

Notary Public: _____

My Commission expires: ____09/24/2027_____

**STATE OF WISCONSIN**
**COUNTY OF SAUK**



RECEIVED

DEC 1 4 2023

SAUK COUNTY CLERK
BARABOO, WISCONSIN

*I,  Chip Meister,  Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

### Dylan Fiske

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

**Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 12th day of December, 2023.**

**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Dylan Fiske, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

**Dylan Fiske, Deputy Sheriff**

Subscribed and sworn before me this _____12th_____ day of _December __, 2023_.

Notary Public: _____

My Commission expires: ____09/24/2027_____

JULIE M HOENISCH
NOTARY
PUBLIC
STATE OF WISCONSIN



**STATE OF WISCONSIN**
**COUNTY OF SAUK**

I,  *Chip Meister,*   *Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

### Naomi Gammeter

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

**Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 12th day of December, 2023.**

**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Naomi Gammeter, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

**Naomi Gammeter, Deputy Sheriff**

Subscribed and sworn before me this ____12th____ day of _December __, 2023_.

Notary Public: _____

My Commission expires: ___09/24/2027_____



**STATE OF WISCONSIN**
**COUNTY OF SAUK**

I,  Chip Meister,   Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:

### Angela Wittmann

my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 12th day of December, 2023.

_____
**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

I, Angela Wittmann, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.

_____
**Angela Wittmann, Deputy Sheriff**

Subscribed and sworn before me this _____12th_____ day of _December __, 2023

Notary Public: _____

My Commission expires:  ___09/24/2027_____



**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I,  Chip Meister,  Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

### Zechariah McShaffrey

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

**Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 12th day of December, 2023.**

Sheriff Chip Meister

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Zechariah McShaffrey, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

Zechariah McShaffrey, Deputy Sheriff

Subscribed and sworn before me this _____12th_____ day of _December __, 2023_.

Notary Public: _Jim Hoenisch_____

My Commission expires: ___09/24/2027_____



**STATE OF WISCONSIN**
**COUNTY OF SAUK**

I, *Chip Meister,* *Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

### Canine Sven

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 12th day of December, 2023.

**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Canine Sven, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

**Deputy Joshua Troth, Canine Handler**

Subscribed and sworn before me this _____12th_____ day of _December __, 2023_

Notary Public: _____

My Commission expires: ___09/24/2027_____



**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

**Kenneth McDevitt**

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

*Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 10th day of October, 2023.*

**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Kenneth McDevitt, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

**Kenneth McDevitt, Deputy Sheriff**

Subscribed and sworn before me this ____10th____ day of _October __, 2023

Notary Public: _____

My Commission expires: ___09/24/2027_____

RECEIVED

OCT 1 2 2023

SAUK COUNTY CLERK
BARABOO, WISCONSIN

## STATE OF WISCONSIN
## COUNTY OF SAUK

I,  Chip Meister,  Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:

### Benjamin Goodreau

my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 10th day of October, 2023.

**Sheriff Chip Meister**

## STATE OF WISCONSIN
## COUNTY OF SAUK

I, Benjamin Goodreau, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.

**Benjamin Goodreau, Deputy Sheriff**

Subscribed and sworn before me this ____10th____ day of _October __, 2023_.

Notary Public: _____

My Commission expires:  ___09/24/2027_____

JULIE M HOENISCH
NOTARY
PUBLIC
STATE OF WISCONSIN



**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I,   Chip Meister,   Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

### Courtney Sullivan

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 12th day of September, 2023.

**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Courtney Sullivan, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*



***Courtney Sullivan,* Deputy Sheriff**

Subscribed and sworn before me this ____12th____ day of _September __, 2023_.

Notary Public: _____

My Commission expires:  ___01/26/2025_____

**STATE OF WISCONSIN**
**COUNTY OF SAUK**



RECEIVED

SEP 1 4 2023

SAUK COUNTY CLERK
BARABOO, WISCONSIN

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

### Bailey McGlynn

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.*

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 12th day of September, 2023.

Sheriff Chip Meister

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

*I, Bailey McGlynn, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*



**Bailey McGlynn, Deputy Sheriff**

Subscribed and sworn before me this ____12th____ day of _September __, 2023_.

Notary Public: _____

My Commission expires: ___01/26/2025_____



**STATE OF WISCONSIN**
**COUNTY OF SAUK**

I,  Chip Meister,   Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:

### Mason Finnegan

my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 12th day of September, 2023.

**Sheriff Chip Meister**

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

I, Mason Finnegan, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.



**Mason Finnegan, Deputy Sheriff**

Subscribed and sworn before me this ____12th____ day of _September __, 2023_.

Notary Public: _Heather Hemberger_

My Commission expires: ___01/26/2025_____



## DEPUTY SHERIFF STATUS-SAUK COUNTY

I, RICHARD T MEISTER, the duly elected Sheriff of Sauk County, Wisconsin, do hereby appoint the attached roster of full-time employees of Sauk County Sheriff's Office to the status of Deputy Sheriff within the boundaries of the County of Sauk. This authority/status shall be effective immediately and will be upheld until the end of my elected term of January 1, 2027.

RICHARD T. MEISTER
Sheriff of Sauk County

Subscribed and sworn before me this ___3rd_____ day of _January__, 2023_.

Notary Public: _____

My Commission expires: ___11/13/2024_____

| Last Name | First Name | Job Class Description |
|---|---|---|
| CARNS | WENDY | ADMIN SERVICES SUPERVISOR |
| ALWIN | KIMBERLY | ADMINISTRATIVE ASSISTANT JAIL |
| KNUTH | MELISSA | CLERK |
| PIERCE | JARED | BEHAVIORAL HEALTH SPECIALIST |
| BACKEBERG | MICHELLE | CLERK |
| BLACKMAN | BECKY | CLERK |
| BLOCK | KENNETH | CLERK |
| BROWN | KARLYN | CLERK |
| GLEASH | MATTHEW | CLERK |
| GROSSENBACHER | SUSAN | CLERK |
| HEMBERGER | HEATHER | CLERK |
| HOLLOWAY | MORGANN | CLERK |
| NIEMEYER | JOEL | CLERK |
| OTT | JAMIE | CLERK |
| SCHMITZ | KRISTI | CLERK |
| STOLTE | JAMIE | CLERK |
| DOSCH | MARY | CLERK (JAIL) |
| MACHOVEC | JESSICA | OFFICE MANAGER |
| FROESE | ROLAND | PRISON TRANSPORT |
| LUTZ | HARRY | PRISON TRANSPORT |
| STODDARD | LEE | PRISON TRANSPORT |
| WANDREY | GARY | PRISON TRANSPORT |
| WEINKE | HAROLD | PRISON TRANSPORT |
| KIRCH | DANIEL | TELECOMMUNICATIONS SUPERVISOR |
| BEIER | JENNIFER | TELECOMMUNICATOR |
| BELLIS | MARY | TELECOMMUNICATOR |
| BOLAND | ERIN | TELECOMMUNICATOR |
| BREUNIG | CHARMAINE | TELECOMMUNICATOR |
| FILIPIAK | REBECCA | TELECOMMUNICATOR |
| GORSLINE | JESSICA | TELECOMMUNICATOR |
| HELLENBRAND | SETH | TELECOMMUNICATOR |
| HUELSEMANN | RANDY | TELECOMMUNICATOR |
| JENSEN | CHRIS | TELECOMMUNICATOR |
| OLDENHOFF | JAMES | TELECOMMUNICATOR |
| PHILLIPS | SUE | TELECOMMUNICATOR |
| SCHOENOFF | JASMINE | TELECOMMUNICATOR |
| WESTPHAL | HOLLY | TELECOMMUNICATOR |
| MCLEAN | ZOEY | TELECOMMUNICATOR PT LTE |



RECEIVED

JAN 2 0 2023

SAUK COUNTY CLERK
BARABOO, WISCONSIN

## DEPUTY SHERIFF STATUS-SAUK COUNTY

I, RICHARD T MEISTER, the duly elected Sheriff of Sauk County, Wisconsin, do hereby authorize the attached roster of full-time employees of Sauk County Sheriff's Office to the status of Deputy Sheriff within the boundaries of the County of Sauk. This authority/status shall be effective immediately and will be upheld until the end of my elected term of January 1, 2027.

RICHARD T. MEISTER
Sheriff of Sauk County

Subscribed and sworn before me this ___3rd_____ day of _January__, 2023_.

Notary Public: _____

My Commission expires: ___11/13/2024_____

| | | |
|---|---|---|
| VANDENHEUVEL | ERIC | CHIEF DEPUTY |
| BREUNIG | ALEX | COURT SECURITY |
| BYCHINSKI | TODD | COURT SECURITY |
| EDERER | MARTIN | COURT SECURITY |
| FINNEGAN | SHAWN | COURT SECURITY |
| VOLZ | HANNAH | COURT SECURITY |
| SABOL | JOSIP | COURT SECURITY SERGEANT |
| LAATSCH | RAYMOND | DEPUTY SHERIFF PRISON TRANSPOR |
| WASILEWSKI | KIM | DEPUTY SHERIFF PRISON TRANSPOR |
| BULIN | DREW | DETECTIVE |
| HANNAGAN | JUSTIN | DETECTIVE |
| HANSON | ISAAC | DETECTIVE |
| KELLOGG | JOSEPH | DETECTIVE |
| LINS | CLAY | DETECTIVE |
| LOHR | TREVOR | DETECTIVE |
| MCCLURE | STACY | DETECTIVE |
| POINTON | TYLER | DETECTIVE |
| ZUNKER | CHRISTOPHER | DETECTIVE LIEUTENANT |
| STEINHORST | SCOTT | DETECTIVE SERGEANT |
| BURROUGHS | PATRICK | ELECTRONIC MONITORING |
| BURCH | MATHEW | FIELD SERVICES CAPTAIN |
| AHNEMAN | AMY | JAILORS |
| BAILEY | BRUCE | JAILORS |
| BATZ | HAYDEN | JAILORS |
| BIRDSILL | DONNA | JAILORS |
| BRICKL | LAWRENCE | JAILORS |
| BROOKS | AARON | JAILORS |
| BUHLER | MALACHI | JAILORS |
| CHRISTENSON | MONTANA | JAILORS |
| COOK | MICHAEL | JAILORS |
| CORNING | DAWN | JAILORS |
| CUMMINGS | CARRIE | JAILORS |
| CURTIN | WENDY | JAILORS |
| DELMORE | ZACHARY | JAILORS |
| DICKRELL | JESSE | JAILORS |
| EYTALIS | JOSEPH | JAILORS |
| FISKE | CHAD | JAILORS |
| FOSTER | CODY | JAILORS |
| FUENTES | ANTHONY | JAILORS |
| FUHLBOHM | JON | JAILORS |
| HAGEN | ALEXIS | JAILORS |
| HERRITZ | THOMAS | JAILORS |
| HOEFS | KEITH | JAILORS |
| HOEKSTRA | PATRICK | JAILORS |
| HORN | DYLAN | JAILORS |
| KELLER | CHRISTOPHER | JAILORS |
| KLIEBENSTEIN | DANIEL | JAILORS |

| | | |
|---|---|---|
| KLUGE | KELLI | JAILORS |
| MCLAIN | JESSICA | JAILORS |
| MITCHELL | ELIZABETH | JAILORS |
| PAPARA | MICHAEL | JAILORS |
| POGREBA | DOUGLAS | JAILORS |
| PYFFEROEN | TARA | JAILORS |
| RADTKE | KIMBERLY | JAILORS |
| RANDALL | LANCE | JAILORS |
| RANDAZZO | CARA | JAILORS |
| REIGARD | TODD | JAILORS |
| ROBINSON | ISAAC | JAILORS |
| ROCKWEILER | CHAD | JAILORS |
| SCHNEIDER | KRISTI | JAILORS |
| SOLCHENBERGER | JORDAN | JAILORS |
| STERKOWITZ | BRADY | JAILORS |
| STIEVE | LUCAS | JAILORS |
| STREIF | NAOMI | JAILORS |
| STRONG | MICHELLE | JAILORS |
| VAZQUEZ | SANDRA | JAILORS |
| VERCH | ZACHARY | JAILORS |
| WEINBERGER | DEREK | JAILORS |
| AKERS | GIBSON | PATROL |
| BARNES | RYAN | PATROL |
| DRILL | ZACKERI | PATROL |
| ELLICKSON | SARAH | PATROL |
| FRANK | CORY | PATROL |
| GALVAN | ISAAC | PATROL |
| GREENWOOD | JONATHAN | PATROL |
| HUNTER | JACKSON | PATROL |
| JAHNKE | ANASTACIA | PATROL |
| KING | AARON | PATROL |
| KROLIKOWSKI | DANIEL | PATROL |
| KULAS | ANDREW | PATROL |
| MACASKILL | JONATHON | PATROL |
| MCCARTY | KYLE | PATROL |
| MESSNER | STEVEN | PATROL |
| MUELLER | KYLE | PATROL |
| NEUBAUER | WADE | PATROL |
| PETERSON | MITCHELL | PATROL |
| RENZ | KYLE | PATROL |
| SCHLOUGH | BRIAN | PATROL |
| STODDARD | BRADLEY | PATROL |
| SUTHERLAND | TROY | PATROL |
| TRAGER | BRYCE | PATROL |
| TROTH | JOSHUA | PATROL |
| VERTEIN | WILLIAM | PATROL |
| WILCOX | AUSTIN | PATROL |

| | | |
|---|---|---|
| SCHRAM | STEVEN | PATROL LIEUTENANT |
| CLAUER | THOMAS | PATROL SERGEANT |
| KNULL | ERIK | PATROL SERGEANT |
| LUBER | BRADLEY | PATROL SERGEANT |
| TATE | MATTHEW | PATROL SERGEANT |
| LANGE | LEWIS | SECURITY CAPTAIN |
| BRENNAN | BRIAN | SECURITY SERGEANT |
| BURTON | DAVID | SECURITY SERGEANT |
| GULDEN | ADAM | SECURITY SERGEANT |
| RAUSCH | NATALIE | SECURITY SERGEANT |
| SCHLOUGH | NICOLE | SECURITY SERGEANT |
| WILSON | CHRISTA | SECURITY SERGEANT |
| MEISTER | RICHARD | SHERIFF |