UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WISCONSIN

CALEB GRANT,

    Plaintiff,

v.

DEPUTY DANIEL KROLIKOWSKI, ET AL.,

    Defendants.

    Case No. 23CV551

### DECLARATION OF CALEB J. GRANT RE: EXHIBIT F

I, Caleb J. Grant, plaintiff in Case No. 3:23-cv-00551-jdp, declare under penalty of perjury: On or about May 2, 2025, I requested a statement from Carrie Wastlick, Sauk County Clerk of Courts, regarding juror scheduling for case 2023CM237 on June 12, 2024. The response, on Sauk County Clerk of Courts letterhead and initialed by Wastlick, confirms no jurors were paid or reported on that date, labeled as Exhibit F. The attached copy is true and correct to the best of my knowledge.

Dated: May 10, 2025
/s/ Caleb J. Grant.