UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WISCONSIN

CALEB GRANT,

    Plaintiff,

v.

DEPUTY DANIEL KROLIKOWSKI, ET AL.,

    Defendants.

Case No. 23CV551

## DECLARATION OF CALEB J. GRANT RE: EXHIBIT K

I, Caleb J. Grant, plaintiff in Case No. 3:23-cv-00551-jdp, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. On May 4, 2025, I submitted an open records request via email to Carrie Wastlick, Sauk County Clerk of Courts, pursuant to Wis. Stat. §§ 19.31–19.39, requesting jury scheduling records for Sauk County Circuit Court case 2023CM237 (*State v. Caleb James Grant*), including forms, correspondence, and policies related to the June 12–13, 2024, trial.

2. The request was received by the Clerk of Courts on May 5, 2025, with a read receipt confirmed on May 8, 2025.

3. On May 6, 2025, I received a response from Ms. Wastlick, which includes a juror request form for June 10–14, 2024, listing case 2023CM237 for June 12–13, 2024, with case 2022CF639 (convicted June 3, 2024) as "backup," and no correspondence or policies (Exhibit K, 4 pages).

4. The attached response is a true and correct copy of the records provided by Ms. Wastlick, to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2025

/s/ Caleb J. Grant

Caleb J. Grant

C/o E7973 Beth Rd
Reedsburg, WI 53959
CIGAgent@protonmail.com
 608-386-3467

# PUBLIC RECORDS REQUEST RESPONSE
# Sauk County

Wisconsin State Statutes §19.31 - §19.39

**To:** REQUESTER NAME: Caleb J. Grant

ADDRESS: c/o E7973 Beth Road

CITY, STATE, ZIP CODE: Reedsburg WI 53959

E-MAIL: CICAgent@protonmail.com

TELEPHONE: _____   FAX: _____

| DEPARTMENT | DATE OF REQUEST | DATE REQUEST RECEIVED |
|---|---|---|
| Clerk of Courts | 05-04-2025 | 05-05-2025 |
| **REQUEST FORMAT – Your Request was: (Check one):**<br>☐ ORAL<br>☒ IN WRITING<br><br>**RECORDS REQUESTED – You Asked For: (Check one):**<br>☒ Record(s) as described in the attached copy of your request. (ATTACH COPY)<br>☐ The following record(s):<br>_____<br>_____ | | |

**RESPONSE (Check all that apply)**

☒ **GRANT OF REQUEST** See "ADDITIONAL COMMENTS" section for details about the manner in which you will receive record access.
    ☐ Your ENTIRE request is granted. See "ADDITIONAL COMMENTS" section for details about the manner in which you will receive record access.
    ☒ The following PART of your request is granted: **Juror Request scheduling from Branch 1.**

☐ **INSUFFICIENTLY LIMITED REQUEST** Your request is not reasonably limited as to subject matter or length of time represented by the record(s). Therefore, the request does not qualify under Wisconsin's Open Records Law. However, if you revise your request, it will be re-evaluated.
    ☐ Your ENTIRE request is insufficiently limited.
    ☐ The following PART is insufficiently limited:

☒ **NO RECORDS**
    ☒ No other records were found meeting your description.
    ☐ For the following PART of your request we found no records meeting your description:

☐ **DENIAL OF REQUEST**
    ☐ Your ENTIRE request denied.

☐ The following PART of your request is denied:

☐ **REASON FOR DENIAL**

    ☐ CONFIDENTIALITY LAW. Your access to the record(s) is prohibited by the following statutes, rules, or regulations:

    ☐ COMMON LAW BALANCING TEST (where no confidentiality law applies). Your access to the record(s) would be so harmful to the public interest as to outweigh any presumed right to access to the record(s). Disclosure would be of overriding harm for the following reason(s):

☐ **I AM NOT THE CUSTODIAN OF THE REQUESTED RECORDS**

---

ADDITIONAL COMMENTS: VIA EMAIL

---

Pursuant to Wis. Stat. § 19.37, you may bring an action for mandamus asking a court to order release of a record or you may request the Sauk County District Attorney to bring an action for mandamus asking a court to order release of a record.

| PRINT OR TYPE RECORD CUSTODIAN'S NAME | OFFICE / FACILITY REPRESENTED |
|---|---|
| Carrie Wastlick | Clerk of Courts |
| RECORD CUSTODIANS SIGNATURE *(signed)* | DATE SIGNED  05-06-2025 |

May 4, 2025

Carrie A. Wastlick
Sauk County Clerk of Courts
510 Broadway
Baraboo, WI 53913
Email: clerkofcourts@saukcountywi.gov

Subject: Open Records Request for Jury Scheduling Records, Case 2023CM237

Dear Ms. Wastlick,

Pursuant to Wisconsin's Open Records Law (Wis. Stat. §§ 19.31–19.39), I, Caleb J. Grant, request copies of the following public records related to Sauk County Circuit Court case 2023CM237 (State v. Caleb James Grant):

1. All jury scheduling forms, orders, or directives issued by the court, Judge Michael P. Screnock, or the Clerk of Courts for the jury trial scheduled for June 12–13, 2024, including any requests or confirmations from Assistant District Attorney Gabriel Arevalo or the Sauk County District Attorney's Office.

2. All correspondence (emails, memos, or letters) between the Clerk of Courts, Judge Screnock's office, and the Sauk County District Attorney's Office regarding jury scheduling for the June 12, 2024, trial, from January 1, 2024, to June 30, 2024.

3. Any policies, procedures, or guidelines governing jury scheduling in Sauk County Circuit Court for 2024, including the roles of the court, Clerk of Courts, and District Attorney's Office.

Please provide these records in electronic format (PDF) if possible, or paper copies if electronic is unavailable. I understand there may be fees for copying or staff time, and I request notification of any costs exceeding $10 before processing. If any records are withheld, please provide a written explanation citing the specific statutory exemption.

Send the records to:
Caleb J. Grant
C/o E7973 Beth Rd
Reedsburg, WI 53959
Email: CIGAgent@protonmail.com

If you have questions, contact me at 608-386-3467. Please acknowledge receipt of this request and provide an estimated response time within 10 business days, per Wis. Stat. § 19.35(3).

Thank you for your assistance.

Sincerely,
Caleb J. Grant

# Juror Request

**RECEIVED**

**MAY 2 1 2024**

Sauk County
Circuit Judge, Branch 1

TO:  Sandy Harrison, Judge Michael P. Screnock, Branch 1

Janell Lennon, Judge Wendy J.N. Klicko, Branch 2

Krystle Naab, Judge Patricia A. Barrett, Branch 3

FROM: Tracy Delmore, Deputy Clerk  *Jury trial dates for June 10-14*

| DAY | DATE | CASE NAME and CASE # | JURORS REQUESTED |
|---|---|---|---|
| Monday | 06-10-24 | 23CF241 ST v Kevin Olson 2-days | Backup 23TR 5341-5342, 23TR 6512, 23TR581-582 |
| Tuesday | 06-11-24 | ↓ | |
| Wednesday | 06-12-24 | 23CM237 ST v Caleb Grant 2-days | Backup 22CF639 |
| Thursday | 06-13-24 | ↓ | ↓ |
| Friday | 06-14-24 | NONE | |

✓

**OUT OF COUNTY JUDGES SCHEDULED DURING THIS WEEK**

Judge _____ County _____

Days Requested _____

Case No. _____

Number of Jurors (if known) _____

County Contact Person _____

Judicial Assistant *Sandy Harrison* Date: 5-21-24