UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

CALEB GRANT,

    Plaintiff,

v.

DEPUTY DANIEL KROLIKOWSKI, ET AL.,

    Defendants.

Case No. 23CV551

## DECLARATION OF CALEB J. GRANT RE: EXHIBIT L

I, Caleb Grant, plaintiff in Case No. 3:23-cv-00551-jdp, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I personally transcribed the audio from the video evidence of the May 18, 2023, traffic stop (Dkt. 87-1), submitted by Defendants, to create a transcript documenting the exact timing and order of statements made during the stop.

2. The attached transcript (Exhibit L) is a true and accurate representation of the video's audio content to the best of my knowledge, prepared in good faith to assist the Court in locating specific statements and their sequence and contains the relevant portion of the event.

3. The transcript is not an official court document but is submitted as a reference tool to support my response to Defendants' Proposed Findings of Fact (Dkt. 162).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2025

/s/ Caleb J. Grant

Caleb Grant
C/o E7973 Beth Rd
Reedsburg, WI 53959
CIGAgent@protonmail.com
608-386-3467

Sheet1

VID_20240518...

| Time in Video | Time end of speaker | Who was speaking | What was said |
|---|---|---|---|
| | 02:43.00 | Kro | This your car then? |
| | 02:45.00 | CG | Is it my car? |
| | 02:45.80 | Kro | Yea. I'm assuming |
| | 02:47.50 | CG | I don't gotta answer that... but... |
| | 02:50.00 | CG | I am driving privately though |
| | 02:54.00 | Kro | hmm? |
| | 02:54.50 | CG | I'm traveling private just so you know |
| | 02:56.00 | Kro | You said you're driving privately |
| | 02:58.00 | CG | I'm traveling privately |
| | 02:59.00 | Kro | You said you were driving privately |
| | 03:00.00 | CG | Correction, I'm traveling privately |
| | 03:05.00 | Kro | Well... |
| | 03:06.00 | CG | so... |
| | 03:07.00 | Kro | yah... Doesn't make a difference if it's on the road it's on the road and your operating it. |
| | 03:13.00 | CG | Well it's...(cut off by Kro) |
| | 03:14.00 | Kro | Unless somebody jumped into the back seat I didn't see but... hee... |
| | 03:18.00 | CG | Can I not, can I not travel, travel privately? |
| | 03:24.00 | Kro | We're not going to play those games, OK. |
| | 03:27.00 | Kro | you're on the road. You have to follow the laws, including equipment. |
| | 03:31.00 | CG | Are you assuming I'm a 14th amendment citizen? |
| | 03:35.00 | Kro | A what? |
| | 03:35.00 | CG | A 14th Amendment Citizen, are you assuming that? |
| | 03:38.00 | Kro | I'm not assuming anything abut your citizenship at all. |
| | 03:40.00 | CG | So if I'm driving... or traveling privately is that... |
| | 03:50.00 | Kro | The Sargent is with me just so you're aware, Hey... |
| | 03:50.00 | CG | How's it going? |
| | 03:50.00 | Kro | I stopped him for this tail pipe sticking way out and … explaining it to him... |
| | 03:55.00 | Kro | Did you say you... you have a smart phone, you want to look up the trans code at... to see the wording, just so we can, we can be on the same page? |
| | 04:00.00 | CG | Well I'd like you to bring it up please. |
| | 04:07.75 | Kro | No, we don't have to approve it. I mean, I'll go... I'll prove it in the form of a citation if you wish. |

Sheet1

| | | | |
|---|---|---|---|
| 04:12.10 | | Kro | What is your name? Did you want to give me your name verbally? |
| 04:14.10 | | CG | I'd rather not. |
| 04:16.00 | | Kro | OK |
| 04:17.70 | | Kro | Same situation. |
| 04:19.00 | | Knull | K |
| 04:20.00 | | Kro | Step out |
| 04:20.00 | 04:21.10 | CG | So, so you're coming after me? |
| 04:21.70 | 04:22.50 | Kro | Step out of the vehicle |
| 04:22.10 | | CG | Hold on |
| 04:23.00 | 04:24.10 | Kro | Step out or the window's breakin'. What do you want to do? |
| 04:25.00 | 04:26.00 | CG | You're going to... wait... OK, OK, OK, OK |
| 04:26.00 | | Kro | Step out (over voice of CG) step out, out of the car. |
| 04:26.00 | | Knull | Step out |
| 04:28.00 | | CG | OK |
| 04:28.70 | | Kro | Unlock the door |
| 04:29.60 | 04:30.50 | Kro | Keep your hands where I can see them |
| 04:31.00 | | CG | I'm |
| 04:31.80 | 04:32.50 | CG | I'm unlocking the door |
| 04:32.10 | | Kro | Answer me this now too.  (Over the top of CG) |
| 04:33.50 | 04:34.50 | Kro | Do you have any weapons in this car? |
| 04:36.00 | 04:35.80 | CG | Not that I'm aware |
| 04:37.20 | | | DOOR UNLOCKS |
| 04:37.40 | 04:38.80 | Kro | Step out of the vehicle |
| 04:38.80 | | Kro | Keep your hands where I can see them (door is opening squeeking sound) |
| 04:41.90 | 04:43.50 | Kro | Face the vehicle – keep your hands up. |
| 04:43.90 | 04:44.60 | Knull | Put your hands behind you back. |
| 04:49.50 | | | Sound of ratcheting of cuffs |
| 04:50.00 | 04:54.70 | CG | There might be a pocket knife in my front left. |
| 04:55.70 | | Kro | Pocket knife is ok.err... |
| 04:56.50 | 04:58.80 | Kro | You been convicted of any felonies you know of? |
| 04:58.20 | | CG | Not that I know of (over top of Kro voice) |
| 05:00.90 | 05:06.00 | Kro | Pocket knife is fine.  But from a safety standpoint we'd want to know about it.  So I thank you. OK? |
| 05:15.00 | | Kro | It might be in your left if you have it? |
| 05:17.00 | | CG | yeah |
| 05:21.00 | | Kro | Should I keep using these? |
| 05:23.80 | | Knull | You said you had a knife in your pocket. |
| 05:25.90 | 05:26.40 | CG | I thought I did. |

Sheet1

| | | | |
|---|---|---|---|
| 05:27.00 | | Kro | the thing is that now your saying you don't know where it is?  So we've got some inconsistencies, so... we're talkin' about our safety |
| 05:33.40 | | CG | well I must no have brought it with me |
| 05:36.50 | | Kro | Is your wallet with ya? |
| 05:37.00 | | CG | why? |
| 05:39.00 | | Kro | we need to identify you. |
| 05:41.00 | | Kro | are you going to provide identification to us verbally or with a state ID drivers license |
| 05:46.40 | | CG | Sir, did you pull me over because...(cut off) |
| 05:47.60 | | Kro | Are you going to answer that or not? |
| | | CG | Answer what? |
| 05:49.20 | | CG | Did you pull me over for (cut off again) |
| 05:49.80 | 05:51.90 | Kro | Are you going to answer that or not? Yes or No. |
| 05:52.10 | | CG | Answer what? |
| 05:52.80 | | Kro | Are you going to identify yourself to us. |
| 05:55.00 | | CG | Why would I have to (cut off again by Kro) |
| 05:56.40 | 05:59.00 | Kro | because you've on the road and you have a traffic violation |
| 05:59.00 | | CG | Is it a traffic violation? |
| 06:00.50 | 06:01.70 | Kro | it's an equipment violation, sorry I miss-spoke |
| 06:02.90 | 06:04.50 | Kro | I'm gonna adjust these...tighten up again |
| 06:04.20 | | Knull | You have been lawfully pulled over, when you're required by law to identify yourself. |
| 06:12.50 | | CG | Did you pull me over because of something else? |
| 06:15.20 | | Knull | because of the violation of your exhaust |
| 06:17.40 | | CG | I, I thought... did I not over hear... about another situation?  Are you assuming, I got... had a situation before?  Is that what you're assuming? |
| 06:26.50 | 06:27.70 | Kro | No, I was talkin' about your tail pipe |
| 06:28.00 | | CG | No I thought you just told him, outside the car... did you not? |
| 06:33.00 | | Kro | What did I say? |
| 06:33.40 | 06:34.00 | CG | That there was another situation (cut off by Knull) |
| 06:34.50 | | Knull | we've had other situations where people refusing to identify themselves. |
| 06:37.40 | 06:38.50 | Kro | Yeah... it one of those situations. |
| 06:38.50 | | CG | OK |
| 06:39.00 | | Knull | So... the fact that you were refusing to identify yourself, we can lawfully remove you from the car and arrest you for obstructing. |
| 06:47.20 | 06:47.60 | CG | obstructing...(cut off by Knull) |
| 06:47.40 | 06:48.70 | Knull | and take you to jail, yeah! |

Sheet1

| Start | End | Speaker | Text |
|---|---|---|---|
| 06:50.10 | 07:13.80 | Knull | you have to identify yourself... lawfully, to the police... you have... been believed to have violated a law with your exhaust and you are lawfully being detained, and by law you need to identify yourself and you're refusing to do that. |
| 07:14.00 | | Kro | well, it pretty simple |
| 07:17.00 | 07:19.00 | CG | I'm traveling...(cut off by Knull) traveling privately |
| 07:18.00 | 07:25.00 | Knull | No, you're not traveling, you're driving on a public road and Wisconsin law says you have to have a drivers license to legally drive on the road. |
| 07:26.00 | 07:36.00 | Knull | You can say all this bullshit you want about "traveling" and what the supreme court has said about "traveling" and "not for hire" and all that crap. |
| 07:37.00 | | Kro | Commerce and |
| 07:37.00 | 50:00.00 | Knull | OK... I understand the Supreme Court said that youuo are allowed to travel, however, if you continue to read in that same paragraph it says that the states may require yu to have a license.  This state does. |
| 07:51.20 | 07:53.90 | Knull | You have to have a license to drive in the state.  PERIOD! |
| 07:55.00 | | Knull | Whatever you believe or not. |
| 07:56.00 | | Kro | do you have a license? |
| 07:58.00 | | CG | I don't |
| 07:58.90 | | Knull | do you have an id card? |
| 08:00.80 | | CG | Why do I need to provide an ID |
| 08:02.00 | 08:03.00 | Kro | So we know who you are. |
| 08:03.20 | 08:03.70 | Knull | (over Kro) So we know who you are. |
| 08:03.90 | 08:06.00 | Kro | it's very important,, we want to do things the right way |
| 08:06.00 | | Knull | Right |
| 08:07.00 | 08:10.00 | Kro | If you want to make that difficult or … or do you want it done the right way. |
| 08:11.00 | 08:11.80 | Kro | This look like parents. |
| 08:12.00 | | Knull | get in the car |
| 08:13.00 | | Kro/Knull | in the car |
| 08:14.00 | | | Squeaking of car door to Golf |
| 08:20.50 | | JG | Can I ask you why you are... |
| 08:22.00 | | Knull | Absolutely |
| 08:23.40 | | JG | Why do you... |
| 08:24.00 | | Knull | stand back a little bit |
| 08:24.70 | | JG | What are you... I'm sorry I, |
| 08:26.00 | 08:28.00 | Knull | stand back, I can talk louder if you want. |
| 08:28.50 | | JG | OK |
| 08:29.00 | 08:31.00 | JG | Why are you handcuffing him? |

Sheet1

| | | | |
|---|---|---|---|
| 08:31.00 | 08.33.00 | Knull | because he's refusing to identify himself |
| 08:33.10 | 08:34.00 | JG | OK, and why did you pull him over? |
| 08:35.00 | 08:36.00 | Knull | Because he's got an illegal exhaust. |
| 08:36.00 | | JG | That's an illegal exhaust? |
| 08:38.00 | | Knull | it is, yep, and hold on... |
| 08:40.00 | 08:42.00 | JG | and your name is? |
| 08:42.50 | | Knull | Sargent Knull |
| 08:43.50 | | JG | K. I would like your badge number |
| 08:45.00 | | Knull | Nine |
| 08:46.00 | | JG | number nine, and who is cuffing him? |
| 08:48.00 | | Knull | Deputy Krolikowski, he's 9112 |
| 08:50.00 | | JG | 9112, and are you going to tell me that you have not been looking for him? Are you going to tell me right now that you have not been tracking him and harassing him on the road? |
| 09:04.00 | | Knull | No |
| 11:14.00 | | Knull | It is the law that you need to identify yourself when you are lawfully pulled over. He's refusing to do that. |

Page 5

Sheet1

Page 6

Sheet1

Page 7

Sheet1

Sheet1

Page 9

Sheet1