UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WISCONSIN

CALEB GRANT,

    Plaintiff,

v.

DEPUTY DANIEL KROLIKOWSKI, ET AL.,

    Defendants.

                                          Case No. 23CV551

## DECLARATION OF CALEB J. GRANT RE: EXHIBIT M

I, Caleb Grant, plaintiff in Case No. 3:23-cv-00551-jdp, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. On May 9, 2025, I submitted a follow-up open records request via email to Carrie Wastlick, Sauk County Clerk of Courts, pursuant to Wis. Stat. §§ 19.31–19.39, requesting additional jury scheduling records for case 2023CM237 (*State v. Caleb James Grant*), including correspondence, policies, and reasons for the absence of jurors for the scheduled June 12–13, 2024, trial.

2. On May 9, 2025, at 9:39 a.m., I received a response from Ms. Wastlick stating, "As marked on the previously provided records response, no other records were found meeting your description. Thank you."

3. The attached response (Exhibit M) is a true and correct copy of Ms. Wastlick's email, to the best of my knowledge, and is submitted to support my response to Defendants' Proposed Findings of Fact (Dkt. 162), particularly regarding the dismissal of the obstruction charge in case 2023CM237 due to the absence of jurors.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2025

/s/ Caleb J. Grant

Caleb J. Grant
C/o E7973 Beth Rd
Reedsburg, WI 53959
CIGAgent@protonmail.com
608-386-3467

# RE: Follow-Up Open Records Request – Case 2023CM237 Jury Scheduling Records

| | |
|---|---|
| From | carrie.wastlick@saukcountywi.gov <Carrie.Wastlick@saukcountywi.gov> |
| To | cjgagent@protonmail.com |
| Date | Friday, May 9th, 2025 at 9:39 AM |

As marked on the previously provided records response, no other records were found meeting your description.  Thank you.



**Carrie Wastlick**

Clerk of Courts | Clerk of Circuit Court

Phone: (608) 355-4432| Fax: (608) 355-3498

Email:  carrie.wastlick@saukcountywi.gov

Address: 510 Broadway, Baraboo, WI 53913

*NOTICE:* *This e-mail and any attachments may contain confidential information. Use and further disclosure of the information by the recipient must be consistent with applicable laws, regulations and agreements. If you received this e-mail in error, please notify the sender; delete the e-mail; and do not use, disclose or store the information it contains.*

**From:** cjgagent <cjgagent@protonmail.com>
**Sent:** Friday, May 9, 2025 6:38 AM
**To:** Carrie Wastlick <Carrie.Wastlick@saukcountywi.gov>
**Subject:** Follow-Up Open Records Request – Case 2023CM237 Jury Scheduling Records

**CAUTION:** This email originated from outside of your organization. Do not click links or open attachments unless you recognize the sender's email address and know the content is safe.

Subject: Follow-Up Open Records Request – Case 2023CM237 Jury Scheduling Records

Dear Ms. Carrie Wastlick,

Pursuant to Wis. Stat. §§ 19.31–19.39, I, Caleb J. Grant, submit this follow-up open records request to clarify and supplement my May 4, 2025, request regarding jury scheduling records for Sauk County Circuit Court case 2023CM237 (*State v. Caleb James Grant*). Your May 6, 2025, response provided a juror request form for June 10–14, 2024, listing case 2023CM237 for June 12–13, 2024, with case 2022CF639 as "backup," but lacked correspondence and policies.

I respectfully request the following records for the period January 1, 2024, to June 30, 2024:

1. All correspondence (emails, memos, letters) between the Clerk of Courts, Judge Screnock's office, and the Sauk County District Attorney's Office (including ADA Gabriel Arevalo) regarding jury scheduling or trial preparations for case 2023CM237.
2. Any policies, procedures, or guidelines governing jury scheduling in Sauk County Circuit Court for 2024, including protocols for prioritizing cases (e.g., "backup" designations).
3. Any records documenting why no jurors were allocated for case 2023CM237's scheduled trial on June 12–13, 2024, despite court orders for a 1:00 p.m. voir dire (Dkt. 94-1).

Please provide these records in electronic format via email to [CJGAgent@protonmail.com](mailto:CJGAgent@protonmail.com) by May 16, 2025, or notify me of any fees or delays per Wis. Stat. § 19.35(3). If no such records exist, please confirm in writing. Contact me at 608-386-3467 with any questions.

Thank you for your assistance.

Sincerely,

Caleb J. Grant

C/o E7973 Beth Rd

Reedsburg, WI 53959

[CJGAgent@protonmail.com](mailto:CJGAgent@protonmail.com) 608-386-3467

Dated: May 9, 2025


Sent with [Proton Mail](https://proton.me/) secure email.