## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WISCONSIN

CALEB GRANT,

    Plaintiff,

v.

DEPUTY DANIEL KROLIKOWSKI, ET AL.,

    Defendants.

                                                                                                   Case No. 23CV551

### DECLARATION OF CALEB J. GRANT RE: EXHIBIT N

I, Caleb J. Grant, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in the above-captioned case, proceeding pro se, and I have personal knowledge of the facts stated herein.

2. On May 2, 2024, I received a photograph of the vehicle involved in the May 18, 2023, traffic stop from the Sauk County District Attorney's Office as part of discovery in case 2023CM237 (State v. Caleb James Grant).

3. The photograph, attached as **Exhibit N** to Plaintiff's Response to Defendants' Proposed Findings of Fact (Dkt. 162), Response in Opposition to Defendants' Motion for Summary Judgment (Dkt. 161/162), and Reply in Support of Rule 59(e) Motion (Dkt. 158), accurately depicts the vehicle's tailpipe as it appeared on May 18, 2023.

4. The photograph shows the tailpipe extending horizontally, not upward along the side or rear of the vehicle's body, consistent with compliance under Wis. Admin. Code Trans. § 305.20(3).

5. I have not altered or modified the photograph in any way since receiving it from the Sauk County District Attorney's Office.

Executed on May 12, 2025, at Reedsburg, Wisconsin.

/s/ Caleb J. Grant

Caleb J. Grant

C/o E7973 Beth Rd  
Reedsburg, WI 53959  
CIGAgent@protonmail.com  
608-386-3467

