https://www.facebook.com/plugins/post.php?href=https%3A%2F%2Fwww.facebook.com%2FSaukCountySheriff%2Fposts%2Fpfbid0bNnGQ4Wi6QZskABZsgm1LuMVUPSycw1LHUPXiySzpj8ExvdoUzeAhJnr1gHCf7tHl&show_text=true&width=500

EXHIBIT B



https://www.facebook.com/plugins/post.php?href=https%3A%2F%2Fwww.facebook.com%2Fhopehousescw%2Fphotos%2Fa.10156748364982306%2F10156748386867306%2F%3Ftype%3D3&show_text=true&width=500



https://www.facebook.com/plugins/post.php?href=https%3A%2F%2Fwww.facebook.com%2FSaukCountySheriff%2Fposts%2Fpfbid02xr6w3rrcrpqyy7j1Dy2okLpUAE73oCZeCBGLxdecsLQi8HxmKotnDasbtmqhhqSel&show_text=true&width=500



On December 12th, we also recognized each of the following with a lifesaving award regarding an incident that occurred in the jail: Jail Deputy Ken McDevitt, Jail Deputy Kristi Schneider and Jail Sergeant Adam Gulden.