IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CALEB JAMES GRANT,

                Plaintiff,

v.

DEPUTY DANIEL KROLIKOWSKI, *et al.*,

                Defendants.

AMENDED
SCHEDULING ORDER

23-cv-551-jdp

---

At a December 3, 2025 telephonic scheduling conference, the court re-set the schedule for this case as follows:

    Initial Disclosures:   January 7, 2026

    Disclosure of Experts: Plaintiff: April 7, 2026

                         Defendants: May 19, 2026

    Deadline for Filing Dispositive Motions: June 2, 2026

        21/14 response/reply briefing

    Discovery Cutoff: October 30, 2026

    Rule 26(a)(3) Disclosures and motions in limine: November 6, 2026

                         Responses: November 20, 2026

    Final Pretrial Conference: December 4, 2026 at 2:30 p.m.

    Jury Selection and Trial: December 14, 2026 at 9:00 a.m.

        The parties predict a three-day trial.

Although the case deadlines have changed, the policies and procedures set forth in the court's original scheduling order and preliminary pretrial packet remain in force.   Dkt. 37.

    Entered December 3, 2025.

                                          BY THE COURT:

                                          /s/

                                          _____
                                          ANITA MARIE BOOR
                                          Magistrate Judge