**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WISCONSIN**

**CALEB JAMES GRANT,**

  Plaintiff,

v.

**DANIEL KROLIKOWSKI, et. al.**

  Defendants.

**Case No. 23-cv-551-jdp**

### NOTICE OF SUPPLEMENTAL AUTHORITY / RECENT DEVELOPMENT IN RELATED STATE-COURT PROCEEDING

Plaintiff Caleb James Grant, respectfully notifies the Court of a recent development in the related state-court proceeding *State of Wisconsin ex rel. Caleb James Grant v. Daniel Krolikowski et al.*, Sauk County Case No. 26CV56 (Verified Complaint for Quo Warranto, filed and served prior to this Court's Opinion and Order at Dkt. 227).

On March 20, 2026, this Court entered its Opinion and Order (Dkt. 227) dismissing Plaintiff's claims concerning the traffic stops, arrest, and prosecution. In footnote 3 (p. 9), the Court rejected Plaintiff's argument that the officers lacked authority due to unfiled oaths of office, citing the de facto officer doctrine (*Walberg v. State*, 73 Wis. 2d 448 (1976)).

The state-court Verified Complaint for Quo Warranto (attached as **Exhibit A**) pleads a materially broader and distinct theory that this Court did not have before it:

- Prior appointments "expired by their own terms" under Wis. Stat. § 59.26(4) (¶¶ 17–23).
- "No new written appointment documents" were ever filed for the 2023–2027 term (Clerk of Circuit Court confirmation, Exhibit C to the complaint).
- Respondents exercised power "without a valid appointment in force" (¶ 32).
- This defeats **any** de facto status because there is **zero color of title** (¶ 37).

Plaintiff respectfully requests that the Court take judicial notice of this supplemental authority under Fed. R. Evid. 201. The state-court filing is directly relevant both to the dismissed claims (for purposes of any appeal or future Rule 60(b) motion) and to the remaining conditions-of-confinement claims against the John Does (Dkt. 225), as it bears on whether the deputies had any lawful authority to arrest or book Plaintiff at all.

Dated: March 21, 2026

Respectfully submitted,

/s/ Caleb James Grant

Caleb James Grant, Pro Se
C/o E7973A Beth Rd
Reedsburg, WI 53959
calebgrant@protonmail.com

### CERTIFICATE OF SERVICE

I certify that on March 21, 2026, a true copy of the foregoing was served via the Court's ECF system (or by U.S. Mail, first class, postage prepaid) on all counsel of record.

/s/ Caleb James Grant