**STATE OF WISCONSIN CIRCUIT COURT – SAUK COUNTY**

STATE OF WISCONSIN ex rel. CALEB JAMES GRANT,

     Relator,

v.

DANIEL KROLIKOWSKI, ERIK KNULL, BRUCE BAILEY, STEVEN MESSNER, ALEX BREUNIG, MICHAEL PAPARA, MICHELLE STRONG, DYLAN HORN, and KRISTI SCHNEIDER,

     Respondents.

                                    **Case No.** _____

                                      **Classification Code:** 30956

**VERIFIED COMPLAINT FOR QUO WARRANTO (Wis. Stat. ch. 784)**

Relator, by this verified complaint, brings a direct quo warranto action in the name of the State of Wisconsin to determine by what authority the Respondents claim to hold and exercise the office of Deputy Sheriff of Sauk County, and alleges as follows:

## I. NATURE OF THE ACTION

1. This is a direct action in quo warranto under Wis. Stat. § 784.04 to test the lawful authority of the Respondents to hold and exercise the public office of Deputy Sheriff of Sauk County.
2. Relator seeks a judicial determination that Respondents have unlawfully held and exercised the office of Deputy Sheriff during the relevant period without de jure appointment and qualification as required by Wisconsin law.
3. This action seeks only a determination of title to public office under Wis. Stat. ch. 784. Relator does not ask this Court to adjudicate, invalidate, enjoin, or otherwise affect any arrest, prosecution, conviction, sentence, judgment, or proceeding—state or federal— whether past or pending. Any collateral or downstream consequences that may arise in other fora from a judicial determination of title to office are not within the scope of relief requested here and are expressly disclaimed.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to Wis. Stat. §§ 784.01–784.09.
5. Venue is proper in Sauk County because all Respondents purportedly held office in Sauk County, and all relevant acts occurred in Sauk County.

## III. PARTIES

6. Relator Caleb James Grant is a Wisconsinite by birth and brings this action on relation of the State of Wisconsin.
7. Respondents Daniel Krolikowski, Erik Knull, Bruce Bailey, Steven Messner, Alex Breunig, Michael Papara, Michelle Strong, Dylan Horn, and Kristi Schneider are or were employees of the Sauk County Sheriff's Office who exercised the powers of Deputy Sheriff during the relevant period.  The relevant period being January 2023 onward following the post-expiration of prior term-limited appointments.
8. Respondents Michelle Strong, Dylan Horn, and Kristi Schneider are former employees and are named for purposes of determining past authority and factual findings relevant to

title to office, but are not subject to ouster.

## IV. RELATOR'S INTEREST AND STANDING

9. Relator has a distinct personal interest in this action sufficient to prosecute it as a private relator under Wis. Stat. § 784.04(2).

10. On April 6 and May 18, 2023, Respondents, acting under color of the office of Deputy Sheriff, committed unlawful acts against Relator, including traffic stops, arrest, and jail confinement.

11. These acts directly infringed Relator's liberty and resulted in additional personal harms, including collateral legal consequences arising from those incidents.

12. Relator's direct subjection to Respondents' purported exercise of deputy sheriff authority provides a special interest beyond that of the general public, justifying Relator's initiation of this public action while seeking no private remedy herein.

13. At the May 18, 2023 encounter, Relator expressly questioned the authority of the involved officers to act as duly appointed deputy sheriffs and did not acquiesce in their claimed authority. This action follows that contemporaneous challenge and seeks a judicial determination of title to office.

## V. STATUTORY AND CONSTITUTIONAL FRAMEWORK

14. Wisconsin Constitution Article IV, Section 28 requires members of the legislature and all officers, executive and judicial (including deputy sheriffs, who are not exempted by statute), except such inferior officers as may be by law exempted, to take and subscribe an oath or affirmation before entering upon the duties of their respective offices.

15. Under Wis. Stat. § 59.21, every deputy sheriff must take and file the official oath with the county clerk (as statutory custodian per Wis. Stat. § 19.01(4)(d)) prior to exercising the duties of office.

16. Under Wis. Stat. § 59.26(6), every appointment of a deputy sheriff (except temporary deputations for a particular act) shall be in writing and filed and recorded in the office of the clerk of the circuit court (as statutory custodian).

17. Under Wis. Stat. § 59.26(4), deputy sheriffs hold office at the pleasure of the sheriff. When the sheriff issues written appointments expressly limited to a specific term, those appointments expire by their own terms, which constitutes the sheriff's expressed exercise of discretion under § 59.26(4).

18. Appointment (in writing and filed with the clerk of circuit court) and oath (in writing and filed with the county clerk) are separate but mandatory requirements for lawful de jure authority.

## VI. FACTUAL ALLEGATIONS

### A. Term-Limited Appointment Documents

19. For multiple sheriff terms, Sauk County Sheriff Chip Meister issued appointment-and-oath documents that expressly limited each deputy's authority to a defined term corresponding to the Sheriff's elected term of office, as shown in Exhibits A and B (sample term-limited appointment/oath documents, including those expiring in or before January 2023), attached hereto and incorporated by reference.

20. These documents state that the appointment was effective only "during the term of my office," with specific beginning and ending dates.

21. By their plain language, these appointments expired on the stated termination dates.

### B. Absence of Post-Expiration Appointments

22. Following expiration of the stated terms (including those ending in or before January

2

2023), no new written appointment documents appointing Respondents to the office of Deputy Sheriff for the current 2023-2027 term were filed and recorded with the clerk of the circuit court.

23. The Clerk of the Circuit Court has confirmed that, after a diligent search, no appointment documents for Respondents exist for the current sheriff term (2023-2027). This is shown in Exhibit C (clerk of circuit court and open records request responses confirming absence of appointment records), attached hereto and incorporated by reference.

## C. Absence of Current Oaths

24. The Sauk County Clerk possesses no oath of office records for Respondents corresponding to any valid appointment in force during the 2023–2027 term, as confirmed by the clerk and open records request responses attached as Exhibit D and incorporated by reference. This absence is further supported by correspondence dated December 18, 2025, included in Exhibit D, reflecting the results of a diligent search, which states that the only responsive document located was the 2023 "Deputy Sheriff Status" roster and that no other responsive records were found.

25. Any oath documents previously submitted or otherwise available are old, appointment-specific documents from prior sheriff terms whose associated appointments expired by their own terms, as shown in Exhibits A and B, and do not satisfy the requirements for the current 2023-2027 term.

## D. Authorization Roster vs. Appointment Roster

26. In January 2023, Sheriff Meister executed two separate documents: one purporting to "appoint" a roster of employees to Deputy Sheriff status, and another purporting only to "authorize" a roster of employees to Deputy Sheriff status, as shown in Exhibit E (January 2023 dual rosters), attached hereto and incorporated by reference.

27. Each document contains a distinct list of employees.

28. All Respondents appear exclusively on the "authorization" roster and do not appear on the contemporaneous "appointment" roster.

29. The Sheriff's contemporaneous use of distinct terms—"appoint" and "authorize"—demonstrates a differentiation between full appointment and authorization. Wisconsin statutes use the term "appoint" to describe the formal act of conferring deputy sheriff status (§§ 59.26(1), (4), (6)), while "authorize" does not appear in the statutes as a substitute.

## E. Subsequent Change in Practice

30. Beginning in September 2023, Sheriff Meister resumed issuing combined appointment-and-oath documents with explicit termination dates corresponding to the Sheriff's term, as shown in Exhibit F (sample September 2023 and later term-limited documents), attached hereto and incorporated by reference.

31. After the events giving rise to this action, the Sheriff issued written appointment and oath documents to newly appointed deputies, but not to deputies already serving.

## VII. CLAIM FOR QUO WARRANTO

32. Respondents have exercised the powers and authority of Deputy Sheriffs without a valid appointment in force.

33. Respondents have not taken and filed an oath corresponding to any valid appointment for the current term as required by Wis. Stat. § 59.21 (with filing required with the county clerk as custodian under Wis. Stat. § 19.01(4)(d)) and Wis. Const. art. IV, § 28.

34. Authorization to act, absent appointment, does not confer de jure title to public office.

35. Any oath previously taken cannot extend or revive authority beyond the expiration of the appointment it accompanied.
36. At most, Respondents acted under color of authority; they did not lawfully hold the office of Deputy Sheriff during the relevant period (January 2023 onward).
37. Even if a roster provided some measure of color of authority, the explicit expiration of prior term-limited appointments and complete absence of new ones for the current term defeat any de facto status in this direct quo warranto proceeding. The de facto officer doctrine does not defeat a timely, direct quo warranto action challenging title to office.
38. This action challenges only Respondents' title to office. Relator does not seek in this proceeding to adjudicate the validity or consequences of any criminal or civil judgment, and are not before the Court in this proceeding.

## VIII. RELIEF REQUESTED

Relator respectfully requests that the Court:

A. Issue a judgment in quo warranto declaring that Respondents unlawfully held and exercised the office of Deputy Sheriff during the relevant period;

B. Order ouster of any Respondent currently holding the office without lawful appointment;

C. Declare that Respondents lacked de jure authority during the relevant period;

D. Grant such further relief as the Court deems just and proper.

**IX. VERIFICATION** I, Caleb James Grant, being first duly sworn, state that I have read the foregoing Complaint and that the factual allegations contained herein are true and correct to the best of my knowledge and belief.

Dated: February 10, 2026

_____

Caleb James Grant

Subscribed and sworn before me this _____ day of February, 2026, in Wisconsin, Sauk County.


Notary Public, State of Wisconsin, Sauk County,

Notary signature: _____

Printed name: _____

My commission expires: _____

_____ **(Seal)** _____

**EXHIBITS**:

- **Exhibit A**: Sample prior term-limited appointment/oath document (e.g., for Dylan Horn, expiring January 2023). (pg 7)
- **Exhibit B**: Additional sample prior term-limited appointment/oath document (e.g., for Erik Knull and Daniel Krolikowski). (pg 8-9)
- **Exhibit C**: Clerk of Circuit Court and open records request responses confirming absence of 2023-2027 appointment records. (pg 10-24)
- **Exhibit D**: Sauk County Clerk and open records request responses confirming absence of 2023-2027 oath records, including the December 18, 2025 letter from Corporate Counsel

and the "Deputy Sheriff Status" roster. (pg 25-30)

- **Exhibit E**: January 2023 dual rosters ("appoint" vs. "authorize"). (pg 31-36)
- **Exhibit F**: Sample post-September 2023 renewed term-limited appointment/oath documents.(pg 37)

# Exhibit A

## STATE OF WISCONSIN
## COUNTY OF SAUK

*I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:*

### Dylan Horn

*my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 7, 2019 – January 2, 2023.*

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 8th day of June, 2022.

**Sheriff Chip Meister**

## STATE OF WISCONSIN
## COUNTY OF SAUK

*I, Dylan Horn, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.*

**Dylan Horn, Deputy Sheriff**

Subscribed and sworn before me this _____8th___ day of _June__, 2022_.

Notary Public: _____

My Commission expires: ___11/13/2024_____

6

**Exhibit B-1**

**FILED**

MAR 2 3 2011

Sauk Co., WI Circuit Court

## STATE OF WISCONSIN
## COUNTY OF SAUK

I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:

### Erik D. Knull

my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 4, 2011 – January 6, 2015.

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 04th day of January, 2011.

_____
Sheriff Chip Meister

## STATE OF WISCONSIN
## COUNTY OF SAUK

I, Erik D. Knull, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.

_____
Erik D. Knull, Deputy Sheriff

Subscribed and sworn before me this __10__th day of __March__ 20__11__.

Notary Public: _____

My Commission expires: __11/18/12__

7

# Exhibit B-2

**FILED**

MAR 2 3 2011

Sauk Co., WI Circuit Court

## STATE OF WISCONSIN
## COUNTY OF SAUK

I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:

### Daniel A. Krolikowski

my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 4, 2011 – January 6, 2015.

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 04th day of January, 2011.

**Sheriff Chip Meister**

## STATE OF WISCONSIN
## COUNTY OF SAUK

I, Daniel A. Krolikowski, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.

**Daniel A. Krolikowski, Deputy Sheriff**

Subscribed and sworn before me this 4th day of January, 20 11.

Notary Public: _____

My Commission expires: 11/18/12

8

**Caleb Grant**

C/o E7973 Beth Rd
Reedsburg, WI 53959
608-386-3467
CJGAgent@protonmail.com

**FILED**

**DEC 08 2025**

CLERK OF COURT
SAUK COUNTY, WI

**EXHIBIT C**

December 07, 2025

**Carrie A. Wastlick Clerk of Circuit Court**

Sauk County Historic Courthouse
510 Broadway Street
Baraboo, WI 53913
Email: carrie.wastlick@saukcountywi.gov

**Subject: Open Records Request for Complete Deputy Sheriff Appointment/Re-Appointment Letters or Equivalents Pursuant to Wis. Stat. §§ 19.31–19.39 and 59.26**

Dear Ms. Wastlick,

Pursuant to Wisconsin's Public Records Law (Wis. Stat. §§ 19.31–19.39), I am requesting access to inspect and/or obtain copies of public records in your custody as the Clerk of Circuit Court. The Public Records Law establishes a presumption of complete public access to records (§ 19.31), and the right to inspect or copy such records (§ 19.35), subject only to limited exceptions which I do not believe apply here.

Specifically, I request all records of appointments or re-appointments (or any equivalent documents, such as written deputations, authorization letters, or rosters granting deputy sheriff status) for all deputy sheriffs appointed by Sheriff Richard T. Meister during each of his terms in office. This includes, but is not limited to:

- All written appointments or re-appointments under Wis. Stat. § 59.26(1)–(3), which authorize the sheriff to appoint deputies as necessary.
- Any records filed and recorded in your office as required by Wis. Stat. § 59.26(6), which mandates that every appointment of a deputy (except temporary deputations for particular acts) "shall be in writing and be filed and recorded in the office of the clerk of the circuit court."
- Records covering all terms of Sheriff Meister's service, including his current term beginning in January 2023 and any prior terms, to identify any lapses or continuations in appointments.

As the Clerk of Circuit Court, you are the designated custodian of these appointment records under § 59.26(6), which explicitly requires their filing and recording in your office for public access and validation of deputy authority.

I require these records in their entirety, provided in electronic format if available (e.g., full PDF scans of original documents) or paper copies if electronic versions are not available. These complete records will be used for research purposes.

If any portion of this request is denied, please provide a written explanation, including the specific statutory exemption relied upon (§ 19.35(1)(a)), and identify the records withheld.

If there are any fees for searching, copying, or redacting these records, please inform me in advance (§ 19.35(3)). I am willing to pay reasonable fees, but note that fees may be waived if the request is in the public interest (§ 19.35(3)(f)).

Please respond to this request within 10 business days, as is standard practice under the Public Records Law. You may contact me at 608-386-3467 or CJGAgent@protonmail.com if you have questions or

9

need clarification.

Thank you for your assistance in fulfilling this request.

Sincerely,

Caleb Grant

# PUBLIC RECORDS REQUEST RESPONSE
## Sauk County

Wisconsin State Statutes §19.31 - §19.39

To:  REQUESTER NAME: Caleb Grant

ADDRESS: C/o E7973 Beth Road

CITY, STATE, ZIP CODE: Reedsburg WI 53959

E-MAIL: CJGAgent@protonmail.com

TELEPHONE: 608 386 3467  FAX: _____

| DEPARTMENT | DATE OF REQUEST | DATE REQUEST RECEIVED |
|---|---|---|
| Clerk of Court | Dec 7, 2025 | Dec 8, 2025 |

REQUEST FORMAT -- Your Request was: (Check one):

☐ ORAL

☒ IN WRITING

RECORDS REQUESTED -- You Asked For: (Check one):

☒ Record(s) as described in the attached copy of your request.  (ATTACH COPY)

☐ The following record(s):

_____

_____

RESPONSE (Check all that apply)

☒ GRANT OF REQUEST See "ADDITIONAL COMMENTS" section for details about the manner in which you will receive record access.

   ☒ Your ENTIRE request is granted. See "ADDITIONAL COMMENTS" section for details about the manner in which you will receive record access.

   ☐ The following PART of your request is granted:

☐ INSUFFICIENTLY LIMITED REQUEST Your request is not reasonably limited as to subject matter or length of time represented by the record(s). Therefore, the request does not qualify under Wisconsin's Open Records Law.  However, if you revise your request, it will be re-evaluated.

   ☐ Your ENTIRE request is insufficiently limited.

   ☐ The following PART is insufficiently limited:

☐ NO RECORDS

   ☐ No records were found meeting your description.

   ☐ For the following PART of your request we found no records meeting your description:

☐ DENIAL OF REQUEST

   ☐ Your ENTIRE request denied.

11

☐ The following PART of your request is denied:

☐ **REASON FOR DENIAL**

    ☐ CONFIDENTIALITY LAW. Your access to the record(s) is prohibited by the following statutes, rules, or regulations:

    ☐ COMMON LAW BALANCING TEST (where no confidentiality law applies). Your access to the record(s) would be so harmful to the public interest as to outweigh any presumed right to access to the record(s). Disclosure would be of overriding harm for the following reason(s):

☐ **I AM NOT THE CUSTODIAN OF THE REQUESTED RECORDS**

**ADDITIONAL COMMENTS:**

Oaths = 193
Pages = 199
$ 1.25 / page . = $ 248.75
$ 5.00 / certification    $ 965.00

Pursuant to Wis. Stat. § 19.37, you may bring an action for mandamus asking a court to order release of a record or you may request the Sauk County District Attorney to bring an action for mandamus asking a court to order release of a record.

| PRINT OR TYPE RECORD CUSTODIAN'S NAME | OFFICE / FACILITY REPRESENTED |
|---|---|
| Carrie Wastlick | Clerk of Courts |
| **RECORD CUSTODIANS SIGNATURE** | **DATE SIGNED** |
| Carrie Wastlick | 12·12·25 |

# FW: Follow Up to Open Records Requesting for Deputy Sheriff Appointments/Re-Appointments Dated December 07, 2025.

From    Carrie Wastlick <Carrie.Wastlick@WICOURTS.GOV>

To      cjgagent@protonmail.com

Date    Friday, January 9th, 2026 at 3:09 PM

See the follow up response, per your follow up to Open Record Request dated 12/8/2025.



**Carrie Wastlick**

Clerk of Courts | Clerk of Circuit Court

Phone: (608) 355-4432 | Fax: (608) 355-3498

Email: carrie.wastlick@wicourts.gov

Address: 510 Broadway, Baraboo, WI 53913

*NOTICE: This e-mail and any attachments may contain confidential information. Use and further disclosure of the information by the recipient must be consistent with applicable laws, regulations and agreements. If you received this e-mail in error, please notify the sender; delete the e-mail; and do not use, disclose or store the information it contains.*

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

**[E] CAUTION: This email originated from outside the Wisconsin Judicial Branch. Do not click links or attachments unless you recognize the sender and know the content is safe. If this email appears suspicious, or is asking you to provide sensitive information, contact the CCAP Call Center for further guidance.**



**Carrie Wastlick**

Clerk of Courts | Clerk of Circuit Court

Phone: (608) 355-4432| Fax: (608) 355-3498

Email: carrie.wastlick@saukcountywi.gov

Address: 510 Broadway, Baraboo, WI 53913

*NOTICE: This e-mail and any attachments may contain confidential information. Use and further disclosure of the information by the recipient must be consistent with applicable laws, regulations and agreements. If you received this e-mail in error, please notify the sender; delete the e-mail; and do not use, disclose or store the information it contains.*

---

**From:** cjgagent <cjgagent@protonmail.com>
**Sent:** Wednesday, January 7, 2026 2:21 PM
**To:** Carrie Wastlick <Carrie.Wastlick@saukcountywi.gov>
**Subject:** Re: Follow Up to Open Records Requesting for Deputy Sheriff Appointments/Re-Appointments Dated December 07, 2025.

**CAUTION:** This email originated from outside of your organization. Do not click links or open attachments unless you recognize the sender's email address and know the content is safe.

Caleb Grant

C/o E7973 Beth Rd

Reedsburg, WI 53959

608-386-3467

CJGAgent@protonmail.com

January 07, 2026

Carrie A. Wastlick Clerk of Circuit Court

Sauk County Historic Courthouse

510 Broadway Street

Baraboo, WI 53913

Email: carrie.wastlick@saukcountywi.gov

**Re: Follow Up to Open Records Requesting for Deputy Sheriff Appointments/Re-Appointments Dated December 07, 2025.**

Dear Ms. Wastlick,

14

I received an ORR response from you giving costs of what I was requesting.

Per looking closer at the response you sent I see that the items you found to give me are "Oaths" and not Appointments/Re-Appointments which is what I requested.

Further I am requesting what authoritative WI State Statute(s) that you are using for the fee costs for the documents requested.

Thank you.

Sincerely,

Caleb Grant

Sent with Proton Mail secure email.

**From:** Carrie Wastlick <Carrie.Wastlick@saukcountywi.gov>
**Sent:** Friday, January 9, 2026 1:32 PM
**To:** Carrie Wastlick <Carrie.Wastlick@WICOURTS.GOV>
**Subject:** [E] FW: Follow Up to Open Records Requesting for Deputy Sheriff Appointments/Re-Appointments Dated December 07, 2025.

**5.45 MB**   2 files attached   1 embedded image

ORR Wastlick response 12.8.25 with billing of $965.pdf 5.34 MB     Follow up response.pdf 97.37 KB

15

# PUBLIC RECORDS REQUEST RESPONSE
# Sauk County

### Wisconsin State Statutes §19.31 - §19.39

**To:   REQUESTER NAME:** _Caleb Grant_

**ADDRESS:** _____

**CITY, STATE, ZIP CODE:** _____

**E-MAIL:** _cjgagent@protonmail.co_

**TELEPHONE:** _____  **FAX:** _____

| DEPARTMENT | DATE OF REQUEST | DATE REQUEST RECEIVED |
|---|---|---|
| Clerk of Courts | 01/07/2025 | 01/07/2025 |

**REQUEST FORMAT – Your Request was: (Check one):**
- ☐ ORAL
- ☒ IN WRITING

**RECORDS REQUESTED – You Asked For: (Check one):**
- ☒ Record(s) as described in the attached copy of your request.  (ATTACH COPY)
- ☐ The following record(s):

_____

_____

**RESPONSE (Check all that apply)**

- ☒ **GRANT OF REQUEST** See "ADDITIONAL COMMENTS" section for details about the manner in which you will receive record access.
  - ☒ Your ENTIRE request is granted. See "ADDITIONAL COMMENTS" section for details about the manner in which you will receive record access.
  - ☐ The following PART of your request is granted:

- ☐ **INSUFFICIENTLY LIMITED REQUEST** Your request is not reasonably limited as to subject matter or length of time represented by the record(s). Therefore, the request does not qualify under Wisconsin's Open Records Law.  However, if you revise your request, it will be re-evaluated.
  - ☐ Your ENTIRE request is insufficiently limited.
  - ☐ The following PART is insufficiently limited:

- ☐ **NO RECORDS**
  - ☐ No records were found meeting your description.
  - ☐ For the following PART of your request we found no records meeting your description:

- ☐ **DENIAL OF REQUEST**
  - ☐ Your ENTIRE request denied.

16

☐ The following PART of your request is denied:

☐ **REASON FOR DENIAL**

    ☐ CONFIDENTIALITY LAW. Your access to the record(s) is prohibited by the following statutes, rules, or regulations:

    ☐ COMMON LAW BALANCING TEST (where no confidentiality law applies). Your access to the record(s) would be so harmful to the public interest as to outweigh any presumed right to access to the record(s). Disclosure would be of overriding harm for the following reason(s):

☐ **I AM NOT THE CUSTODIAN OF THE REQUESTED RECORDS**

---

**ADDITIONAL COMMENTS:**

According to Wis. stat. s. 814.61(10) (a), Clerk of Courts records are $1.25 per page. Further, the Wisconsin Open Records law states "an authority may impose a fee upon the requester of a copy of a record which may not exceed the actual, necessary and direct cost of reproduction and transcription of the record, unless a fee is otherwise specifically established or authorized to be established by law. see, Wis. stat. s. 19.35(3), (emphasis added). As stated above, the fee for Clerk of Courts records has been established by law as $1.25 per page. The Wisconsin Public Records law also allows for pre-payment for copies if that amount exceeds $5.00. Please contact the Clerk of Courts office directly at (608) 355-3287 to discuss the records that you seek and to arrange payment.

19.35(3)(f) Copies exceed $5.

Appointment paperwork is 6 pages.  $1.25/page.  Total due is $7.50.

Pursuant to Wis. Stat. § 19.37, you may bring an action for mandamus asking a court to order release of a record or you may request the Sauk County District Attorney to bring an action for mandamus asking a court to order release of a record.

| PRINT OR TYPE RECORD CUSTODIAN'S NAME | OFFICE / FACILITY REPRESENTED |
|---|---|
| Carrie  WAStliLK | Clerk of Court |
| RECORD CUSTODIANS SIGNATURE | DATE SIGNED |
| *[signature]* | 01/07/2025 |

17

01-21-2026

Carrie Wastlick
Sauk County Clerk of Court
Sauk County Courthouse
510 Broadway Street
Baraboo WI 53913
Receipt:  26R 001230
Payor:  Grant, Caleb
Debtor/Party:  Grant, Caleb

Sched
CF                                  7.50 Owed($)
                                    7.50 Paid($)
                                    0.00 Bal.($)

Cash($):                            7.50

Total($):                           7.50
Applied($):                         7.50


If payment is by check, this receipt is
not valid until the check has cleared
the bank.

Case 2023GF000005    Document 1        Scanned 04-12-2023    Page 1 of 4    234F5

**FILED**

APR 1 2 2023

CLERK OF COURT
SAUK COUNTY

## DEPUTY SHERIFF STATUS-SAUK COUNTY

I, RICHARD T MEISTER, the duly elected Sheriff of Sauk County, Wisconsin, do hereby authorize the attached roster of full-time employees of Sauk County Sheriff's Office to the status of Deputy Sheriff within the boundaries of the County of Sauk. This authority/status shall be effective immediately and will be upheld until the end of my elected term of January 3, 2027.

RICHARD T. MEISTER
Sheriff of Sauk County

Subscribed and sworn before me this ___10_____ day of _April__, 2023_.

Notary Public: _____

My Commission expires: ___11/13/2024_____

19

| | | |
|---|---|---|
| AKERS | GIBSON | PATROL |
| BAILEY | BRUCE | JAILORS |
| BARNES | RYAN | PATROL |
| BATZ | HAYDEN | JAILORS |
| BELOUNGY | PAUL | JAILORS |
| BIRDSILL | DONNA | JAILORS |
| BRENNAN | BRIAN | SECURITY SERGEANT |
| BREUNIG | ALEX | COURT SECURITY |
| BRICKL | LAWRENCE | JAILORS |
| BROOKS | AARON | JAILORS |
| BULIN | DREW | DETECTIVE |
| BURCH | MATHEW | FIELD SERVICES CAPTAIN |
| BURROUGHS | PATRICK | ELECTRONIC MONITORING |
| BURTON | DAVID | SECURITY SERGEANT |
| BYCHINSKI | TODD | COURT SECURITY |
| CHRISTENSON | MONTANA | JAILORS |
| CLAUER | THOMAS | PATROL SERGEANT |
| COOK | MICHAEL | JAILORS |
| CORNING | DAWN | JAILORS |
| CUMMINGS | CARRIE | JAILORS |
| CURTIN | WENDY | JAILORS |
| DELMORE | ZACHARY | JAILORS |
| DICKRELL | JESSE | JAILORS |
| DRILL | ZACKERI | PATROL |
| EDERER | MARTIN | COURT SECURITY |
| ELLICKSON | SARAH | PATROL |
| EYTALIS | JOSEPH | JAILORS |
| FINNEGAN | SHAWN | COURT SECURITY |
| FISKE | CHAD | JAILORS |
| FOSTER | CODY | JAILORS |
| FUENTES | ANTHONY | JAILORS |
| FUHLBOHM | JON | JAILORS |
| GALVAN | ISAAC | PATROL |
| GREENWOOD | JONATHAN | PATROL |
| GULDEN | ADAM | SECURITY SERGEANT |
| HAGEN | ALEXIS | JAILORS |
| HANNAGAN | JUSTIN | DETECTIVE |
| HANSON | ISAAC | DETECTIVE |
| HERRITZ | THOMAS | JAILORS |
| HOEFS | KEITH | JAILORS |
| HOEKSTRA | PATRICK | JAILORS |
| HORN | DYLAN | JAILORS |
| HUNTER | JACKSON | PATROL |
| JAHNKE | ANASTACIA | PATROL |
| KELLER | CHRISTOPHER | JAILORS |
| KELLOGG | JOSEPH | DETECTIVE |
| KING | AARON | PATROL |

| | | |
|---|---|---|
| KLIEBENSTEIN | DANIEL | JAILORS |
| KLUGE | KELLI | JAILORS |
| KNULL | ERIK | PATROL SERGEANT |
| KROLIKOWSKI | DANIEL | PATROL |
| KULAS | ANDREW | PATROL |
| LAATSCH | RAYMOND | DEPUTY SHERIFF PRISON TRANSPOR |
| LANGE | LEWIS | SECURITY CAPTAIN |
| LINS | CLAY | DETECTIVE |
| LOHR | TREVOR | DETECTIVE |
| LUBER | BRADLEY | PATROL SERGEANT |
| MACASKILL | JONATHON | PATROL |
| MAYER | PERRY | DEPUTY SHERIFF PRISON TRANSPOR |
| MCCARTY | KYLE | PATROL |
| MCCLURE | STACY | DETECTIVE |
| MCLAIN | JESSICA | JAILORS |
| MESSNER | STEVEN | PATROL |
| MITCHELL | ELIZABETH | JAILORS |
| MUELLER | KYLE | PATROL |
| NEUBAUER | WADE | PATROL |
| PAPARA | MICHAEL | JAILORS |
| PETERSON | MITCHELL | PATROL |
| POGREBA | DOUGLAS | JAILORS |
| POINTON | TYLER | DETECTIVE |
| POMEROY | DENNIS | JAILORS |
| PYFFEROEN | TARA | JAILORS |
| RADTKE | KIMBERLY | JAILORS |
| RANDALL | LANCE | JAILORS |
| RANDAZZO | CARA | JAILORS |
| RAUSCH | NATALIE | SECURITY SERGEANT |
| REIGARD | TODD | JAILORS |
| RENZ | KYLE | PATROL |
| ROBINSON | ISAAC | JAILORS |
| ROCKWEILER | CHAD | JAILORS |
| SABOL | JOSIP | COURT SECURITY SERGEANT |
| SCHLOUGH | BRIAN | PATROL |
| SCHLOUGH | NICOLE | SECURITY SERGEANT |
| SCHNEIDER | KRISTI | JAILORS |
| SCHRAM | STEVEN | PATROL LIEUTENANT |
| SONN | BRANDON | PATROL |
| STEINHORST | SCOTT | DETECTIVE SERGEANT |
| STERKOWITZ | BRADY | JAILORS |
| STIEVE | LUCAS | JAILORS |
| STODDARD | BRADLEY | PATROL |
| STREIF | NAOMI | JAILORS |
| STRONG | MICHELLE | JAILORS |
| SUTHERLAND | TROY | PATROL |
| TATE | MATTHEW | PATROL SERGEANT |

| | | |
|---|---|---|
| TRAGER | BRYCE | PATROL |
| TROTH | JOSHUA | PATROL |
| VANDENHEUVEL | ERIC | CHIEF DEPUTY |
| VAZQUEZ | SANDRA | JAILORS |
| VERCH | ZACHARY | JAILORS |
| VERTEIN | WILLIAM | PATROL |
| VOLZ | HANNAH | PATROL |
| WEINBERGER | DEREK | JAILORS |
| WILCOX | AUSTIN | PATROL |
| WILSON | CHRISTA | SECURITY SERGEANT |
| ZUNKER | CHRISTOPHER | DETECTIVE LIEUTENANT |

Case 2023GF000005    Document 2    Scanned 04-12-2023    Page 1 of 2

234F5

**FILED**

APR 1 2 2023

CLERK OF COURT
SAUK COUNTY

## DEPUTY SHERIFF STATUS-SAUK COUNTY

I, RICHARD T MEISTER, the duly elected Sheriff of Sauk County, Wisconsin, do hereby appoint the attached roster of full-time employees of Sauk County Sheriff's Office to the status of Deputy Sheriff within the boundaries of the County of Sauk. This authority/status shall be effective immediately and will be upheld until the end of my elected term of January 3, 2027.



RICHARD T. MEISTER
Sheriff of Sauk County

Subscribed and sworn before me this __10th___ day of _April__, 2023_.

Notary Public: _____

My Commission expires: ___11/13/2024_____

| CARNS | WENDY | ADMIN SERVICES SUPERVISOR |
|---|---|---|
| ALWIN | KIMBERLY | ADMINISTRATIVE ASSISTANT JAIL |
| OTT | JAMIE | ADMINISTRATIVE ASSISTANT JAIL |
| KIRCH | DANIEL | TELECOMMUNICATIONS SUPERVISOR |
| BEIER | JENNIFER | TELECOMMUNICATOR |
| BELLIS | MARY | TELECOMMUNICATOR |
| BOLAND | ERIN | TELECOMMUNICATOR |
| BREUNIG | CHARMAINE | TELECOMMUNICATOR |
| FILIPIAK | REBECCA | TELECOMMUNICATOR |
| GORSLINE | JESSICA | TELECOMMUNICATOR |
| HELLENBRAND | SETH | TELECOMMUNICATOR |
| HUELSEMANN | RANDY | TELECOMMUNICATOR |
| JENSEN | CHRIS | TELECOMMUNICATOR |
| OLDENHOFF | JAMES | TELECOMMUNICATOR |
| PHILLIPS | SUE | TELECOMMUNICATOR |
| WESTPHAL | HOLLY | TELECOMMUNICATOR |
| MCLEAN | ZOEY | TELECOMMUNICATOR PT LTE |
| WEINKE | DENA | TELECOMMUNICATOR PT LTE |
| BACKEBERG | MICHELLE | CLERK |
| BLACKMAN | BECKY | CLERK |
| BLOCK | KENNETH | CLERK |
| BROWN | KARLYN | CLERK |
| GLEASH | MATTHEW | CLERK |
| GROSSENBACHER | SUSAN | CLERK |
| HEMBERGER | HEATHER | CLERK |
| HOLLOWAY | MORGANN | CLERK |
| KNUTH | MELISSA | CLERK |
| NIEMEYER | JOEL | CLERK |
| SCHMITZ | KRISTI | CLERK |
| STOLTE | JAMIE | CLERK |
| BONHAM | JEAN | CLERK (JAIL) |
| MACHOVEC | JESSICA | OFFICE MANAGER |

Subject: Wisconsin Open Records Law Request – Certified Oaths of Office or Certified Statement of Non-Existence

**EXHIBIT D-0**

Sauk County Clerk
Rebecca C. Evert, County Clerk
West Square Building, Room #144
505 Broadway
Baraboo, WI 53913 Phone:
(608) 355-3286
Email: becky.evert@saukcountywi.gov

RECEIVED

DEC 05 2025

SAUK COUNTY CLERK
BARABOO, WISCONSIN

@11:44am

Date: December 5, 2025

Dear County Clerk Evert,

Pursuant to Wisconsin's Public Records Law, Wis. Stat. § 19, I request the following records in your custody or control:

1. A **certified copy** of every official Oath of Office filed with the Sauk County Clerk pursuant to Wis. Stat. §§ 59.21(1) and 19.01(4)(d) for the following individuals in their capacity as Sauk County deputy sheriffs or undersheriffs :

   - Daniel Krolikowski
   - Steven Messner
   - Alex Breunig
   - Erik Knull
   - Dylan Horn
   - Michael Papara
   - Bruce Bailey
   - Kristi Schneider
   - Michelle Strong

2. If no such Oath of Office exists in the records of the Sauk County Clerk for any of the above individuals, please provide a **single certified statement** (on county letterhead and bearing the clerk's seal and signature) that clearly states, for each named individual: "After a diligent search of the official records of the Sauk County Clerk, no Oath of Office exists for [Name]."

Please provide the response in paper copy. I agree to pay actual, necessary, and direct copying and certification fees (estimated under $25). If fees will exceed $10, please contact me before proceeding.

Thank you for your prompt attention. Under Wis. Stat. § 19.35(4)(a), a response is due within ten working days. Under Wis. Stat. §19.35 (4)(b) "If an authority denies a written request in whole or in part, the requester shall receive from the authority a written statement of the reasons for denying the written request. Every written denial of a request by an authority shall inform the requester that if the request for the record was made in writing, then the determination is subject to review by mandamus under s. 19.37 (1) or upon application to the attorney general or a district attorney."

Respectfully,

Caleb Grant

CJGAgent@protonmail.com   608-386-3467
C/o E7973 Beth Rd
Reedsburg, WI 53959

25



# OFFICE OF THE CORPORATION COUNSEL
### SAUK COUNTY WEST SQUARE BUILDING
505 BROADWAY STREET
BARABOO, WISCONSIN 53913
TELEPHONE: (608) 355-3267
FAX: (608) 355-3469

## Exhibit D-1

December 18, 2025

Caleb Grant
C/O E7933 Beth Road
Reedsburg, WI 53959

RE: Open Records Request

Dear Mr. Grant,

On or around December 5, 2025, you submitted an open records request asking for a certified copy of the oath of office for several Sauk County Sheriff's Department deputies. Along with this letter, please find a document titled "Deputy Sheriff Status-Sauk County." This is the only document I found that is responsive to your request. Accordingly, all records have been released, and your request has been fulfilled.

In your letter requesting the records, you asked Sauk County to provide a single certified statement that "after a diligent search of the official records of the Sauk County Clerk, no Oath of Office exists for [Name]." I can verify that this is the only record I found after diligently searching for documents responsive to your request.

In the last paragraph, you cite a subsection of Wis. Stat. 19.35(4) dealing with denials of open records request and how "the requester shall receive from the authority a written statement of the reasons for denying the written request." Sauk County is not denying your request. We have provided one responsive document. There are no other documents related to this matter to provide to you. A denial of an open records request is distinguishable from not providing documents that do not exist. The public records law does not require an authority to provide requested information if no record exists, or to simply answer questions about a topic of interest to the requester.

Sincerely,

/electronically signed by Nick O'Connor
Nick O'Connor
Sauk County Corporation Counsel

26

**Exhibit D-2**

RECEIVED

JAN 2 0 2023

SAUK COUNTY CLERK
BARABOO, WISCONSIN

## DEPUTY SHERIFF STATUS-SAUK COUNTY

I, RICHARD T MEISTER, the duly elected Sheriff of Sauk County, Wisconsin, do hereby authorize the attached roster of full-time employees of Sauk County Sheriff's Office to the status of Deputy Sheriff within the boundaries of the County of Sauk. This authority/status shall be effective immediately and will be upheld until the end of my elected term of January 1, 2027.

RICHARD T. MEISTER
Sheriff of Sauk County

Subscribed and sworn before me this ___3rd_____ day of _January__, 2023_.

Notary Public: _____

My Commission expires: ___11/13/2024_____

Exhibit D-3

| | | |
|---|---|---|
| VANDENHEUVEL | ERIC | CHIEF DEPUTY |
| BREUNIG | ALEX | COURT SECURITY |
| BYCHINSKI | TODD | COURT SECURITY |
| EDERER | MARTIN | COURT SECURITY |
| FINNEGAN | SHAWN | COURT SECURITY |
| VOLZ | HANNAH | COURT SECURITY |
| SABOL | JOSIP | COURT SECURITY SERGEANT |
| LAATSCH | RAYMOND | DEPUTY SHERIFF PRISON TRANSPOR |
| WASILEWSKI | KIM | DEPUTY SHERIFF PRISON TRANSPOR |
| BULIN | DREW | DETECTIVE |
| HANNAGAN | JUSTIN | DETECTIVE |
| HANSON | ISAAC | DETECTIVE |
| KELLOGG | JOSEPH | DETECTIVE |
| LINS | CLAY | DETECTIVE |
| LOHR | TREVOR | DETECTIVE |
| MCCLURE | STACY | DETECTIVE |
| POINTON | TYLER | DETECTIVE |
| ZUNKER | CHRISTOPHER | DETECTIVE LIEUTENANT |
| STEINHORST | SCOTT | DETECTIVE SERGEANT |
| BURROUGHS | PATRICK | ELECTRONIC MONITORING |
| BURCH | MATHEW | FIELD SERVICES CAPTAIN |
| AHNEMAN | AMY | JAILORS |
| BAILEY | BRUCE | JAILORS |
| BATZ | HAYDEN | JAILORS |
| BIRDSILL | DONNA | JAILORS |
| BRICKL | LAWRENCE | JAILORS |
| BROOKS | AARON | JAILORS |
| BUHLER | MALACHI | JAILORS |
| CHRISTENSON | MONTANA | JAILORS |
| COOK | MICHAEL | JAILORS |
| CORNING | DAWN | JAILORS |
| CUMMINGS | CARRIE | JAILORS |
| CURTIN | WENDY | JAILORS |
| DELMORE | ZACHARY | JAILORS |
| DICKRELL | JESSE | JAILORS |
| EYTALIS | JOSEPH | JAILORS |
| FISKE | CHAD | JAILORS |
| FOSTER | CODY | JAILORS |
| FUENTES | ANTHONY | JAILORS |
| FUHLBOHM | JON | JAILORS |
| HAGEN | ALEXIS | JAILORS |
| HERRITZ | THOMAS | JAILORS |
| HOEFS | KEITH | JAILORS |
| HOEKSTRA | PATRICK | JAILORS |
| HORN | DYLAN | JAILORS |
| KELLER | CHRISTOPHER | JAILORS |
| KLIEBENSTEIN | DANIEL | JAILORS |

Exhibit D-4

| | | |
|---|---|---|
| KLUGE | KELLI | JAILORS |
| MCLAIN | JESSICA | JAILORS |
| MITCHELL | ELIZABETH | JAILORS |
| PAPARA | MICHAEL | JAILORS |
| POGREBA | DOUGLAS | JAILORS |
| PYFFEROEN | TARA | JAILORS |
| RADTKE | KIMBERLY | JAILORS |
| RANDALL | LANCE | JAILORS |
| RANDAZZO | CARA | JAILORS |
| REIGARD | TODD | JAILORS |
| ROBINSON | ISAAC | JAILORS |
| ROCKWEILER | CHAD | JAILORS |
| SCHNEIDER | KRISTI | JAILORS |
| SOLCHENBERGER | JORDAN | JAILORS |
| STERKOWITZ | BRADY | JAILORS |
| STIEVE | LUCAS | JAILORS |
| STREIF | NAOMI | JAILORS |
| STRONG | MICHELLE | JAILORS |
| VAZQUEZ | SANDRA | JAILORS |
| VERCH | ZACHARY | JAILORS |
| WEINBERGER | DEREK | JAILORS |
| AKERS | GIBSON | PATROL |
| BARNES | RYAN | PATROL |
| DRILL | ZACKERI | PATROL |
| ELLICKSON | SARAH | PATROL |
| FRANK | CORY | PATROL |
| GALVAN | ISAAC | PATROL |
| GREENWOOD | JONATHAN | PATROL |
| HUNTER | JACKSON | PATROL |
| JAHNKE | ANASTACIA | PATROL |
| KING | AARON | PATROL |
| KROLIKOWSKI | DANIEL | PATROL |
| KULAS | ANDREW | PATROL |
| MACASKILL | JONATHON | PATROL |
| MCCARTY | KYLE | PATROL |
| MESSNER | STEVEN | PATROL |
| MUELLER | KYLE | PATROL |
| NEUBAUER | WADE | PATROL |
| PETERSON | MITCHELL | PATROL |
| RENZ | KYLE | PATROL |
| SCHLOUGH | BRIAN | PATROL |
| STODDARD | BRADLEY | PATROL |
| SUTHERLAND | TROY | PATROL |
| TRAGER | BRYCE | PATROL |
| TROTH | JOSHUA | PATROL |
| VERTEIN | WILLIAM | PATROL |
| WILCOX | AUSTIN | PATROL |

Exhibit D-5

| | | |
|---|---|---|
| SCHRAM | STEVEN | PATROL LIEUTENANT |
| CLAUER | THOMAS | PATROL SERGEANT |
| •KNULL | ERIK | PATROL SERGEANT |
| LUBER | BRADLEY | PATROL SERGEANT |
| TATE | MATTHEW | PATROL SERGEANT |
| LANGE | LEWIS | SECURITY CAPTAIN |
| BRENNAN | BRIAN | SECURITY SERGEANT |
| BURTON | DAVID | SECURITY SERGEANT |
| GULDEN | ADAM | SECURITY SERGEANT |
| RAUSCH | NATALIE | SECURITY SERGEANT |
| SCHLOUGH | NICOLE | SECURITY SERGEANT |
| WILSON | CHRISTA | SECURITY SERGEANT |
| MEISTER | RICHARD | SHERIFF |

30

RACHEL KRINTZ
SAUK COUNTY CORPORATION
COUNSEL
505 BROADWAY ST, RM B-04
BARABOO WI 53913-2404

**USPS CERTIFIED MAIL**



9407 1098 9864 3576 6895 08



PITNEY BOWES
$6.62⁰
US POSTAGE IMI
FIRST-CLASS
028W0002311081
9052293645
ZIP 53913
DEC 18 2025

# Exhibit D-6

CALEB GRANT
C/O E7933 BETH ROAD
REEDSBURG WI 53959

**FILED**

APR 1 2 2023

CLERK OF COURT
SAUK COUNTY

**Exhibit E-1**

### DEPUTY SHERIFF STATUS-SAUK COUNTY

I, RICHARD T MEISTER, the duly elected Sheriff of Sauk County, Wisconsin, do hereby authorize the attached roster of full-time employees of Sauk County Sheriff's Office to the status of Deputy Sheriff within the boundaries of the County of Sauk. This authority/status shall be effective immediately and will be upheld until the end of my elected term of January 3, 2027.

RICHARD T. MEISTER
Sheriff of Sauk County

Subscribed and sworn before me this ___10_____ day of _April__, 2023_.

Notary Public: _____

My Commission expires: ___11/13/2024_____

**Exhibit E-2**

| | | |
|---|---|---|
| AKERS | GIBSON | PATROL |
| BAILEY | BRUCE | JAILORS |
| BARNES | RYAN | PATROL |
| BATZ | HAYDEN | JAILORS |
| BELOUNGY | PAUL | JAILORS |
| BIRDSILL | DONNA | JAILORS |
| BRENNAN | BRIAN | SECURITY SERGEANT |
| BREUNIG | ALEX | COURT SECURITY |
| BRICKL | LAWRENCE | JAILORS |
| BROOKS | AARON | JAILORS |
| BULIN | DREW | DETECTIVE |
| BURCH | MATHEW | FIELD SERVICES CAPTAIN |
| BURROUGHS | PATRICK | ELECTRONIC MONITORING |
| BURTON | DAVID | SECURITY SERGEANT |
| BYCHINSKI | TODD | COURT SECURITY |
| CHRISTENSON | MONTANA | JAILORS |
| CLAUER | THOMAS | PATROL SERGEANT |
| COOK | MICHAEL | JAILORS |
| CORNING | DAWN | JAILORS |
| CUMMINGS | CARRIE | JAILORS |
| CURTIN | WENDY | JAILORS |
| DELMORE | ZACHARY | JAILORS |
| DICKRELL | JESSE | JAILORS |
| DRILL | ZACKERI | PATROL |
| EDERER | MARTIN | COURT SECURITY |
| ELLICKSON | SARAH | PATROL |
| EYTALIS | JOSEPH | JAILORS |
| FINNEGAN | SHAWN | COURT SECURITY |
| FISKE | CHAD | JAILORS |
| FOSTER | CODY | JAILORS |
| FUENTES | ANTHONY | JAILORS |
| FUHLBOHM | JON | JAILORS |
| GALVAN | ISAAC | PATROL |
| GREENWOOD | JONATHAN | PATROL |
| GULDEN | ADAM | SECURITY SERGEANT |
| HAGEN | ALEXIS | JAILORS |
| HANNAGAN | JUSTIN | DETECTIVE |
| HANSON | ISAAC | DETECTIVE |
| HERRITZ | THOMAS | JAILORS |
| HOEFS | KEITH | JAILORS |
| HOEKSTRA | PATRICK | JAILORS |
| HORN | DYLAN | JAILORS |
| HUNTER | JACKSON | PATROL |
| JAHNKE | ANASTACIA | PATROL |
| KELLER | CHRISTOPHER | JAILORS |
| KELLOGG | JOSEPH | DETECTIVE |
| KING | AARON | PATROL |

33

| | | |
|---|---|---|
| KLIEBENSTEIN | DANIEL | JAILORS |
| KLUGE | KELLI | JAILORS |
| KNULL | ERIK | PATROL SERGEANT |
| KROLIKOWSKI | DANIEL | PATROL |
| KULAS | ANDREW | PATROL |
| LAATSCH | RAYMOND | DEPUTY SHERIFF PRISON TRANSPOR |
| LANGE | LEWIS | SECURITY CAPTAIN |
| LINS | CLAY | DETECTIVE |
| LOHR | TREVOR | DETECTIVE |
| LUBER | BRADLEY | PATROL SERGEANT |
| MACASKILL | JONATHON | PATROL |
| MAYER | PERRY | DEPUTY SHERIFF PRISON TRANSPOR |
| MCCARTY | KYLE | PATROL |
| MCCLURE | STACY | DETECTIVE |
| MCLAIN | JESSICA | JAILORS |
| MESSNER | STEVEN | PATROL |
| MITCHELL | ELIZABETH | JAILORS |
| MUELLER | KYLE | PATROL |
| NEUBAUER | WADE | PATROL |
| PAPARA | MICHAEL | JAILORS |
| PETERSON | MITCHELL | PATROL |
| POGREBA | DOUGLAS | JAILORS |
| POINTON | TYLER | DETECTIVE |
| POMEROY | DENNIS | JAILORS |
| PYFFEROEN | TARA | JAILORS |
| RADTKE | KIMBERLY | JAILORS |
| RANDALL | LANCE | JAILORS |
| RANDAZZO | CARA | JAILORS |
| RAUSCH | NATALIE | SECURITY SERGEANT |
| REIGARD | TODD | JAILORS |
| RENZ | KYLE | PATROL |
| ROBINSON | ISAAC | JAILORS |
| ROCKWEILER | CHAD | JAILORS |
| SABOL | JOSIP | COURT SECURITY SERGEANT |
| SCHLOUGH | BRIAN | PATROL |
| SCHLOUGH | NICOLE | SECURITY SERGEANT |
| SCHNEIDER | KRISTI | JAILORS |
| SCHRAM | STEVEN | PATROL LIEUTENANT |
| SONN | BRANDON | PATROL |
| STEINHORST | SCOTT | DETECTIVE SERGEANT |
| STERKOWITZ | BRADY | JAILORS |
| STIEVE | LUCAS | JAILORS |
| STODDARD | BRADLEY | PATROL |
| STREIF | NAOMI | JAILORS |
| STRONG | MICHELLE | JAILORS |
| SUTHERLAND | TROY | PATROL |
| TATE | MATTHEW | PATROL SERGEANT |

**Exhibit E-3**

34

Exhibit E-4

| | | |
|---|---|---|
| TRAGER | BRYCE | PATROL |
| TROTH | JOSHUA | PATROL |
| VANDENHEUVEL | ERIC | CHIEF DEPUTY |
| VAZQUEZ | SANDRA | JAILORS |
| VERCH | ZACHARY | JAILORS |
| VERTEIN | WILLIAM | PATROL |
| VOLZ | HANNAH | PATROL |
| WEINBERGER | DEREK | JAILORS |
| WILCOX | AUSTIN | PATROL |
| WILSON | CHRISTA | SECURITY SERGEANT |
| ZUNKER | CHRISTOPHER | DETECTIVE LIEUTENANT |

State of Wisconsin }
County of Sauk } SS
This document, having been compared by me, as legal
custodian, with the original on file and of record in my office
is a true copy of said original......

Clerk of Circuit Court

By

Deputy Clerk

35

234F5

**FILED**

APR **1 2** 2023

**CLERK OF COURT
SAUK COUNTY**

# Exhibit E-5

## DEPUTY SHERIFF STATUS-SAUK COUNTY

I, RICHARD T MEISTER, the duly elected Sheriff of Sauk County, Wisconsin, do hereby appoint the attached roster of full-time employees of Sauk County Sheriff's Office to the status of Deputy Sheriff within the boundaries of the County of Sauk. This authority/status shall be effective immediately and will be upheld until the end of my elected term of January 3, 2027.

RICHARD T. MEISTER
Sheriff of Sauk County

Subscribed and sworn before me this __10th_____ day of _April__, 2023_.

Notary Public: _____

My Commission expires: ___11/13/2024_____

| | | |
|---|---|---|
| CARNS | WENDY | ADMIN SERVICES SUPERVISOR |
| ALWIN | KIMBERLY | ADMINISTRATIVE ASSISTANT JAIL |
| OTT | JAMIE | ADMINISTRATIVE ASSISTANT JAIL |
| KIRCH | DANIEL | TELECOMMUNICATIONS SUPERVISOR |
| BEIER | JENNIFER | TELECOMMUNICATOR |
| BELLIS | MARY | TELECOMMUNICATOR |
| BOLAND | ERIN | TELECOMMUNICATOR |
| BREUNIG | CHARMAINE | TELECOMMUNICATOR |
| FILIPIAK | REBECCA | TELECOMMUNICATOR |
| GORSLINE | JESSICA | TELECOMMUNICATOR |
| HELLENBRAND | SETH | TELECOMMUNICATOR |
| HUELSEMANN | RANDY | TELECOMMUNICATOR |
| JENSEN | CHRIS | TELECOMMUNICATOR |
| OLDENHOFF | JAMES | TELECOMMUNICATOR |
| PHILLIPS | SUE | TELECOMMUNICATOR |
| WESTPHAL | HOLLY | TELECOMMUNICATOR |
| MCLEAN | ZOEY | TELECOMMUNICATOR PT LTE |
| WEINKE | DENA | TELECOMMUNICATOR PT LTE |
| BACKEBERG | MICHELLE | CLERK |
| BLACKMAN | BECKY | CLERK |
| BLOCK | KENNETH | CLERK |
| BROWN | KARLYN | CLERK |
| GLEASH | MATTHEW | CLERK |
| GROSSENBACHER | SUSAN | CLERK |
| HEMBERGER | HEATHER | CLERK |
| HOLLOWAY | MORGANN | CLERK |
| KNUTH | MELISSA | CLERK |
| NIEMEYER | JOEL | CLERK |
| SCHMITZ | KRISTI | CLERK |
| STOLTE | JAMIE | CLERK |
| BONHAM | JEAN | CLERK (JAIL) |
| MACHOVEC | JESSICA | OFFICE MANAGER |

**Exhibit E-6**

State of Wisconsin } SS
County of Sauk
This document, having been compared by me, as legal
custodian, with the original on file and of record in my office
is a true copy of said original.

_____ 2025

_____
Clerk of Circuit Court

By _____
Deputy Clerk

37

**STATE OF WISCONSIN**
**COUNTY OF SAUK**



RECEIVED
SEP 1 4 2023
SAUK COUNTY CLERK
BARABOO, WISCONSIN

Exhibit F

I, Chip Meister, Sheriff in and for the County of Sauk, State of Wisconsin, do hereby make, constitute and appoint:

**Mason Finnegan**

my true and lawful Deputy Sheriff, for me and in my place and stead, to do and perform any and all acts relative to the Office of Sheriff, during the term of my office, January 3, 2023 – January 3, 2027.

Given under my hand in the City of Baraboo, County of Sauk, State of Wisconsin, this 12th day of September, 2023.

Sheriff Chip Meister

**STATE OF WISCONSIN**
**COUNTY OF SAUK**

I, Mason Finnegan, do solemnly swear that I will support the Constitution of the United States of America and of the State of Wisconsin, and will faithfully perform the duties of the Office of the Sheriff to the best of my ability, so help me God.

*Mason Finnegan*, Deputy Sheriff

Subscribed and sworn before me this ____12th____ day of _September__, 2023_.
Notary Public: _____
My Commission expires: ___01/26/2025_____

38