## UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WISCONSIN

### Case No. 3:23-cv-00551-jdp

CALEB JAMES GRANT,

    Plaintiff,

v.

DYLAN HORN, MICHAEL PAPARA, BRUCE BAILEY, MICHAEL PAPARA, MICHELLE STRONG, DYLAN HORN, JEAN BONHAM, and SAUK COUNTY,

    **Defendants.**

## MOTION TO COMPEL

### PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF ORIGINAL JAIL VIDEOS AND FOR SANCTIONS

Plaintiff Caleb James Grant, appearing pro se, moves this Court pursuant to Federal Rules of Civil Procedure 26, 34, and 37 for an order:

**1.** Compelling Defendants to immediately produce the **original, unedited versions** of the nine jail videos produced on June 11, 2026;

**2.** Requiring the newly substituted counsel (Samuel C. Hall, Jr., Sara C. Mills, and Nathaniel J. Cullen) to confirm, in writing, that they will stand behind all prior discovery responses served on behalf of the six identified Does;

**3.** Ordering Defendants to either remove the "Confidential" designation from the original, unedited videos;

**4.** Ordering Defendants to conduct a thorough search for and produce any additional video recordings from May 19, 2023, including but not limited to:

- Body-worn camera footage or other internal recordings from the property/money return window during Plaintiff's release process (Encounter 10); and
- Any holding cell or cell block video footage of Plaintiff from approximately 12:00 midnight to 7:37 AM and from approximately 7:46 AM to 3:26 PM on May 19, 2023;

**5.** Imposing sanctions on Defendants for their pattern of discovery abuse and spoliation, including but not limited to: (a) an adverse inference that the altered, missing, and withheld evidence would have been unfavorable to Defendants; (b) an order extending Plaintiff's deadlines to respond to any dispositive motions until he has had a reasonable opportunity to review the original, unedited videos; and (c) such other sanctions as the Court deems appropriate;

**6.** Ordering Defendants to identify, in writing, every person (including any attorney, paralegal, staff member, or third-party vendor) who performed, directed, authorized, or supervised any alteration, editing, re-encoding, redaction, or modification of the video files produced on June 11, 2026, including but not limited to the use of VideoProc Converter AI, the removal of sections, the speeding up of footage, and the addition of the "CONFIDENTIAL" watermark; and

**7.** Granting such other and further relief as the Court deems just and proper.

Dated this 22nd day of June, 2026.

Respectfully submitted,

**/s/ Caleb James Grant**

Caleb James Grant, Plaintiff, Pro Se

**C/o E 7973 Beth Rd**
Reedsburg, WI 53959
(608) 386-3467
CJGAgent@protonmail.com