**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

CALEB JAMES GRANT,

Plaintiff,

v. Case No. 3:23-cv-00551-jdp

DEPUTY DANIEL KROLIKOWSKI, et al.,

Defendants.

**DECLARATION OF CALEB JAMES GRANT**
**(Response Exhibit A & Exhibit B-1 through B-5)**

I, Caleb James Grant, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff. I make this declaration from personal knowledge.

2. On or about August 23, 2024, I received from Dalton D. Sjong the letter attached as Exhibit A-1 and the Rule 26(a)(1) initial disclosures attached as Exhibit A-2. Item 31 is the Sauk County Sheriff's Office Custody Manual. Item 32 is the Sauk County Sheriff's Office Policy Manual.

3. On or about January 7, 2026, I received from Dalton D. Sjong the letter attached as Exhibit A-3 and the supplemental Rule 26(a)(1) disclosures attached as Exhibit A-4. Item 33 is the Custody Manual. Item 34 is the Policy Manual.

4. The Protective Order was entered August 27, 2025 (Dkt. 214). After that order, and after the January 7, 2026 disclosures, Defendants did not produce to me the complete Custody Manual or the complete Policy Manual listed in those disclosures.

5. The copies attached as Exhibits A-1 through A-4 are true and correct copies of the documents I received.

6. Exhibit B-1 through B-4 are pictures taken by Jennifer Grant at the 5/18/2023 event of the arrest. Exhibits B-1 through B-4 are of Deputy Krolikowski with and using his cell phone to capture events/pictures.
7. Exhibit B-5 is a picture taken by Krolikowski after Plaintiff was put into Krolikowski's squad.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 27th day of August, 2026.

/s/ Caleb James Grant

Caleb James Grant, Plaintiff
C/o E7973 Beth Rd
Reedsburg, WI 53959
CJGAgent@protonmail.com
608-386-3487