CRIVELLO
NICHOLS & HALL, S.C.
ATTORNEYS

**Dalton D. Sjong**
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203
Direct: (414) 290-7526
Email: DSjong@CrivelloLaw.com

Exhibit A-1

August 23, 2024

Mr. Caleb James Grant
c/o E7973 Beth Road
Reedsburg, WI 53959

Re: ***Caleb James Grant v. Sauk County, et al.***
Western District Case No. 23CV551
Our File No. 2358-2301698

Dear Mr. Grant:

Enclosed please find defendants Deputy Daniel Krolikowski, Deputy Steven Messner, Deputy Alex Breunig, Sauk County, Deputy Erik Knull, and Sheriff Richard Meister's Rule 26 initial disclosures. Please note that items 25 through 32 will be produced upon execution of a protective order filed with the court.

Very truly yours,

Dalton D. Sjong

DALTON D. SJONG
DDS/kam

Enclosures