Exhibit A-2

18. Disallowance of Claim to Caleb Grant by Brian Desmond, Sauk County Corporation Counsel dated 09/20/2023

19. Sauk County Resolution #62-2023 to Disallow the Claim of Caleb J. Grant dated 09/13/2023

20. Letter to Caleb Grant from Mark Koch of Aegis Corporation dated 08/07/2023

21. Letter to Sauk County Risk Management Insurance from Jennifer Grant dated 05/18/2023 regarding opening a claim against Sheriff Chip Meister regarding a false obstruction of office citation and false traffic citation.

22. Sauk County Job Description for Deputy Sheriff – Jailor

23. Sauk County Job Description for Deputy Sheriff - Patrol

24. Staffing List for 05/18/2023 and 05/19/2023

25. Personnel File for Erik Knull

26. Personnel File for Daniel Krolikowski

27. Personnel File for Steven Messner

28. Training File for Steven Messner

29. Training File for Daniel Krolikowski

30. Training File for Erik Knull

31. Sauk County Sheriff's Office Custody Manual

32. Sauk County Sheriff's Office Policy Manual

33. Policy Acknowledgement Report for Alex Breunig

34. Policy Acknowledgement Report for Daniel Krolikowski

35. Policy Acknowledgement Report for Steven Messner

36. Policy Acknowledgement Report for Erik Knull