CRIVELLO
NICHOLS & HALL, S.C.
ATTORNEYS

**Dalton D. Sjong**
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203
Direct: (414) 290-7526
Email: DSjong@CrivelloLaw.com

Exhibit A-3

January 7, 2026

Mr. Caleb James Grant
c/o E7973 Beth Road
Reedsburg, WI 53959

Re: ***Caleb James Grant v. Sauk County, et al.***
Western District Case No. 23CV551
Our File No. 2358-2301698

Dear Mr. Grant:

Enclosed please find defendants Deputy Daniel Krolikowski, Deputy Steven Messner, Deputy Alex Breunig, Sauk County, Deputy Erik Knull, Sheriff Richard Meister, Bruce Bailey, Jean Bonham, Dylan Horn, Michael Papara, Kristi Schneider, and Michelle Strong's Rule 26 initial disclosures.

Very truly yours,

DALTON D. SJONG
DDS

Enclosures