Exhibit A-4

25. Sauk County Job Description for Booking / Huber Specialist

26. Sauk County Jail staffing schedule for 05/18/2023 and 05/19/2023

27. Personnel File for Erik Knull

28. Personnel File for Daniel Krolikowski

29. Personnel File for Steven Messner

30. Training File for Erik Knull

31. Training File for Daniel Krolikowski

32. Training File for Steven Messner

33. Sauk County Sheriff's Office Custody Manual

34. Sauk County Sheriff's Office Policy Manual

35. Policy Acknowledgement Report for Alex Breunig

36. Policy Acknowledgement Report for Daniel Krolikowski

37. Policy Acknowledgement Report for Steven Messner

38. Policy Acknowledgement Report for Erik Knull

39. Sauk County Sheriff's Office Information Handbook Inmate Rules and Regulations 2018

40. Wisconsin Department of Justice Law Enforcement Standards Board Defensive and Arrest Tactics Training Guide 12/07/2021

**C. A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including material bearing on the nature and extent of injuries suffered.**

Not Applicable.

**D. For inspection and copying under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible**