EXHIBIT B-1 THRU B-5

Exhibit B-1



Exhibit B-2



EXHIBIT B-3



EXHIBIT B-4



EXHIBIT B-1 THRU B-5

# EXHIBIT B-5

